IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BUM HOON LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | 18-CV-3593 |
| | ) | |
| BK SCHAUMBURG, INC., and HYE JOO CHOI, | ) | |
| | ) | |
| Defendants. | ) | |

The discovery deposition of BUM HOON LEE, taken pursuant to the provisions of the Code of Civil Procedure and the Supreme Court Rules of the State of Illinois pertaining to the taking of depositions for the purpose of discovery, taken before DEANNA L. TUFANO, Certified Shorthand Reporter of the State of Illinois, at 70 West Madison, Suite 1500, on May 22, 2019, at 10:00 a.m.

Reported for:
MAGNA LEGAL SERVICES
(866) 624-6221
www.magnals.com, by:
Deanna L. Tufano, C.S.R.

A P P E A R A N C E S:

INSEED LAW, P.C.
RYAN KIM
2454 East Dempster Street, Suite 301
Des Plaines, IL 60016
(847) 298-7100
ryan@ryankimlaw.com

on behalf of Plaintiff;

GOLAN, CHRISTIE, TAGLIA
MS. BRIANNA L. GOLAN
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 696-2636
blgolan@gct.law

on behalf of Defendants.

REPORTED BY: DEANNA L. TUFANO, CSR
LICENSE NO. 084-003819

INTERPRETER: MS. ANN GREEN
FEDERAL INTERPRETER
(312) 307-7437

# I N D E X


| WITNESS | PAGE |
|---|---|
| BUM HOON LEE | |
| Examination by Ms. Golan ............... | 4, 79, 86 |
| Examination by Mr. Kim .................. | 75, 83 |


# E X H I B I T S


| NUMBER | MARKED |
|---|---|
| Exhibit No. 1 ............................ | 28 |
| Exhibit No. 2 ............................ | 49 |
| Exhibit No. 3 ............................ | 57 |
| Exhibit No. 4 ............................ | 61 |
| Exhibit No. 5 ............................ | 62 |
| Exhibit No. 6 ............................ | 65 |
| Exhibit No. 7 ............................ | 65 |
| Exhibit No. 8 ............................ | 66 |
| Exhibit No. 9 ............................ | 67 |
| Exhibit No. 10 ........................... | 68 |
| Exhibit No. 11 ........................... | 68 |
| Exhibit No. 12 ........................... | 69 |

(Interpreter sworn.)

ANN GREEN,

called as an interpreter herein, was sworn to interpret all of the questions from English to Korean and all of the answers from Korean to English.

(Witness sworn.)

BUM HOON LEE,

called as a witness herein on behalf of the Defendant, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. GOLAN:

Q Mr. Lee, please state and spell your full name.

A B-U-M, H-O-O-N, L-E-E.

Q Have you ever been known by any other names?

A No, I don't.

MS. GOLAN: So for the record, this is the discovery deposition taken pursuant to notice of Plaintiff, Bum Hoon Lee, in the matter of Bum Hoon Lee versus BK Schaumburg, Inc, and Hye Joo Choi, pending in the Northern District of Illinois, Case Number 18 CV 3593.

So before we get started, I am going to go over a couple ground rules. So, it's important that you answer audibly, meaning you can't shake your head or nod

your head and then have your translator say it's a yes or no.

A Yes, I understand.

Q It's also important that nobody talks over each other. Make sure that my entire question has been translated before you answer, and I will do the same to make sure your entire answer is translated before I ask the next question.

A I understand.

Q Also, do you understand any English?

A No.

Q Okay. I was going to say if you do, make sure you're not answering my question in English, you're answering the question with the Korean translator so we can't later say there was some confusion.

A I understand.

Q Okay. If you need any clarification on any of my questions, please feel free to ask.

A I understand.

Q Okay. If you need to take a break, that's completely fine, but you have to answer the question pending before you take the break?

A I understand.

Q So we are clear on this, do you have any

questions before we get started regarding procedures?
A No. I don't have any questions.
Q Mr. Lee, have you ever been deposed before?
A No.
Q What is your home address?
A So 7120 North Milwaukee Avenue, Apartment 604, Niles, Illinois 60714.
Q Who lives with you at your home?
A Right now, I am by myself.
Q Was there anyone living with you at your home when you were working for BK Schaumburg?
A Yes, my son and my wife.
Q What year was your son born?
A Korea.
Q When?
A 1960 -- I'm sorry, 1990.
Q I was going to say, you look very good for your age.
And when did you move out of your house?
A Actually, I still lives there in that address, but I left. In that house -- my wife and my son still live in that address. And as I was getting a divorce, I left the house. I live in a different place with a roommate.

Q Okay. So the address on Milwaukee, is that where you're currently living, or that's where you were living when you were working at BK Schaumburg?

A Actually, I live there while I was working in Schaumburg store. But after I got a divorce, that's when I left the house.

Q Okay. So the address 7120 North Milwaukee, Unit 604, is where you were living when you were working for BK Schaumburg?

A Yes. That's where I lived when I worked for BK Schaumburg, and I still use this as my address.

Q Okay. You're just not physically living there, correct?

A No, I don't live there anymore.

Q And as a reminder, I know this is awkward, but make sure the interpreter has finished her full question before you answer. Don't say yes or anything during the question that's pending because it can confuse the translator, me, and the court reporter. Pretty much everything you just did, don't do, don't interrupt and agree with what you're saying while he's being deposed.

MR. KIM: We'll do with what we can.

BY MS. GOLAN:

Q Okay. So you testified that you're divorced. Do

you have any other children other than your son that was born in 1990?
A I have a daughter.
Q When was she born?
A 1988.
Q But she did not live at your home on Milwaukee in Niles?
A She lived with us, but she had to go to college in New York fashion school.
Q Okay. When did she go to college?
A It would be about four years ago, but she's about to graduate.
Q So around 2015?
A Yes.
Q Are you currently employed?
A Yes.
Q And where do you work?
A Joong Boo Market.
Q How do you spell it.
THE INTERPRETER: J-O-O-N-G, B-O-O, Market.
BY MS. GOLAN:
Q You said J-O-O-N-G, B-O-O?
A Yes.
Q Okay. And where is that located?

A It's in Glenview. I can't recall exact address so, it's somewhere like 670 Milwaukee, but I can't recall exact address.
Q And when did you start working there?
A 2017, December 10.
Q Is that the job you started right after you left BK Schaumburg?
A Yes.
Q Okay. And what is your title at Joong Boo Market?
A Produce manager.
Q Have you had any other titles while you worked at that market?
A No.
Q And what are your job duties?
A So it's same as before, I go to the early morning market twice a week to buy produce, and then the rest of the time I work at the store.
Q So when you say same as before do you mean same duties as when you were working at BK Schaumburg?
A Yes except the fact that I have to go to the early morning market. But as a manager, the rest of the work is the same.
Q So you didn't have to go to the early morning

market before you started working at Joong Boo Market?
A No.
THE INTERPRETER: I have to clarify something.
MS. GOLAN: Okay.
BY THE WITNESS:
A I've been going to the early market from 2015 to 2017, I can't recall exact month. But after that, I didn't go to the early market anymore. I just worked from the 10:30 until the close of the store.
BY MS. GOLAN:
Q Okay. So Mr. Lee --
A Can I explain one more thing?
Q Yes. But let me just explain what I was going to say first. Because Ann has to translate everything you're saying, you need to not give long answers because then she's not going to be able to translate everything you say. Make sure she's had a chance to translate your sentence before you begin another one.
What were you going to say?
THE INTERPRETER: I have to clarify one more thing.
BY THE WITNESS:
A So after 2017 that I no longer went to the early morning market, instead I went to the distribution center that the -- this distribution center is managed by the

H Mart, so instead of going to the early morning market, I started going to the distribution center.

BY MS. GOLAN:

Q That's while you were working at BK Schaumburg or Joong Boo Market?

A When I go to the early morning market?

Q No. When you started going to the distribution center.

THE INTERPRETER: He said that there was an interpretation mistake. But I need to understand exactly where he's physically going and that's not very clear, that's why I keep asking him to clarify. So we're going to have to continue to do so.

MS. GOLAN: That's fine.

BY THE WITNESS:

A So from 2015 to 2017, I used to go to the early morning market. And then after that, BK Schaumburg has this distribution center. So after 2017, I used to go to the distribution center and they changed the name for GBK.

BY MS. GOLAN:

Q What is GBK?

A So they changed the name, yeah. The distribution center name is changed to GBK.

Q Do you know what GBK stands for?
A I don't know. I don't know exactly what it stands for. I think it's G -- Grand something.
Q Okay. We're going to take a step back.
My questions right now are about your current job duties.
A Are you talking about the work that I do at Joong Boo or H Mart.
Q Joong Boo?
A I am the produce manager.
Q What are your job duties at Joong Boo?
A So my duties consist of purchasing the produce and manage the section. Yeah, that's my work at Joong Boo.
Q And where do you purchase the produce?
A It's called Chicago Antonio Murano and also at Trung (phonetic.) So Trung is where we purchase Chinese vegetable produce, and from Antonio Murano we purchase the fruits and other produce.
Q And what was that you were putting in your bag just now?
A My documents.
Q What documents?
A It's an order paper from H Mart and this is what

I arrange what the orders are from the market.

Q And have all of those documents been produced in this litigation?

A So these are all the ones that I submitted all the papers that we received as an email request was sent and these were -- there was no email, so these are the markets that send me through fax, Niles, Glenview, Troy, Naperville, Schaumburg. So the Schaumburg ones I took care of so I have them. And the rest of the stores sent me the fax, then I put it in the papers.

Q So you've only produced the documents that you received over email from different stores?

A So the distribution center would send me these order sheets, then I arrange them and they're put in my papers and they had it all arranged. If they sent me as a fax, then I receive the fax and I make sure that I put it in the papers.

MR. KIM: I am going to instruct my client to listen carefully to the question and answer the question.

MS. GOLAN: I was going to have her repeat the question.

MR. KIM: I think I want to explain in Korean.

MS. GOLAN: Can you translate what Mr. Kim says.

THE INTERPRETER: So if you receive the question from

the attorney, then you have to answer only to what the question is asked. Don't say anything else. So you have to listen to what the question requires and then you answer it.

MS. GOLAN: Can you read back my question.

(Question read.)

BY THE WITNESS:

A Yes. Before that, when I received the order from other stores by fax, then I put it in the paper. I document them.

BY MS. GOLAN:

Q So you were instructed to provide all communications you had with BK Schaumburg. I'd ask for you to provide the documents you have today to your attorney and have your attorney produce those documents to us.

A So when we first -- when you send the documents by email, you can track them and so you can have those -- you can prepare that as documents, but the other stores which is Niles and Naperville and Troy, those markets send their orders by fax until Glenview opened, which was October. So there were times when we did the orders by fax. But then after that, the distribution center decided to do it together and that's when we did

it by email as well.

Q Okay. Mr. Lee, that was not my question at all. What I've asked you to do is to provide those documents to your attorney so he can produce them to me?

A The documents that I have I submitted all of this.

Q But you just said you didn't submit any of the documents that you brought with you today?

A No. Those all came in by email, so those are all submitted to you.

Q What about the ones that came in via fax?

A I don't have those papers that came in by fax.

Q So all of the documents you have with you today are emails?

A Yes.

Q And all of those documents have been produced to my office?

A Yes.

Q I am going to again ask you though to provide those documents to your attorney and have him confirm that all of those documents have been produced to my office.

A Yes.

MS. GOLAN: Can you produce those to me in 14 days?

MR. KIM: I mean, to the extent there is anything that hasn't been produced, of course.
MS. GOLAN: Thanks.
BY MS. GOLAN:
Q So going back to your current job, what are your hours that you work?
A So when I don't go to the early morning market, I work from 7:00 to 6:30 p.m., 7:00 a.m. to 6:30 p.m. And when I go to the early morning market, I go there at 2:30 a.m. until close.
Q I'm asking you about your job at Joong Boo Market.
A Yes.
Q Okay. And so you go to the early market at Joong Boo Market?
A Yes.
Q And what time do you start there on the days you go to the early market?
A I started going there at 2:30 in the morning and then I arrive usually around 3:00 a.m., and then I finish at the store about 5:00 p.m.
Q So on the days while you're working at Joong Boo Market that you go to the early market before work, you leave at 5:00, but the days you don't work at the market,

you leave at 6:30?
A Yes. I work until 5:00 p.m. when I go to the early morning market. When I don't go to the early morning market, I stay until 6:30 p.m.
Q Are you an hourly or a salaried employee at Joong Boo Market?
A Hourly.
Q And how much are you paid an hour?
A $16.
Q And how many days a week do you work there?
A Six days.
Q Okay. So now I'm not talking about Joong Boo Market, I am not talking about your job at BK Schaumburg. But your job before BK Schaumburg, where did you work?
A Assi Plaza.
MR. KIM: Assi Plaza.
THE INTERPRETER: It's spelled, A-S-S-I.
BY MS. GOLAN:
Q When did you work at Assi Plaza?
A I started working there from 2012, December, 14. So I worked there until April 2015 before I work for BK Schaumburg.
Q And what was your job at Assi Plaza?
A Same. I was a team leader.

Q What kind of work does Assi Plaza do?
A It's same as other Asian markets.
Q It's another grocery store?
A Yes.
Q Where did you work before Assi Plaza?
A I was in Korea then.
Q And what did you do in Korea?
A I was working for a towing company.
Q So when did you first come to America?
A 2012, November 10th.
Q And what's your highest level of education?
A High school.
Q So you allege that you began working at BK Schaumburg on April 20, 2015, correct?
A Yes.
Q And what department did you work in at BK Schaumburg?
A Produce. I was a produce manager there as well.
Q Did you have any other titles while you worked at BK Schaumburg?
A No.
Q When was your last day of employment at BK Schaumburg?
A I think it's 2017 until beginning of December.

Q Were you ever provided a written job description at BK Schaumburg?

A I didn't receive it myself, but it was posted on the wall of the market. So as I became a team leader there, they put it -- they post what the team leader is doing on the wall of the store.

Q What wall on the store?

A So it was posted in the employee lunchroom.

Q Do you recall what it said?

A It shows that it says produce team leader and my name is on it. And then at the end, there's name of the President Kwany (phonetic) Young and his signature there, and I cannot recall exactly what it says.

Q Was it in Korean or in English?

A There was English and Korean on the name line and I cannot recall exactly what it says was the content.

Q Was there a posting for every team leader or just use as the produce manager?

A Well, the name on the post it has I can only say equivalent to American title, it's department manager.

Q Okay.

A But it says department manager under my name, but the paper that was sent by the president is written team leader under my name.

Q Okay. My question was was there other postings about other people's jobs descriptions or just yours?
A No. So actually that was so that I can look at what it says when I started working at BK Schaumburg from Assi. I was just hired to work as a produce manager, so it was just for me only.
Q So no other job postings were posted in the employee breakroom at BK Schaumburg?
A No.
Q Okay. Was it posted the entire time you worked at BK Schaumburg?
A No. After some time later, they took it down.
Q Was it common practice to post job duties in the lunchroom for new employees at BK Schaumburg?
A Whenever there is a new team leader start working there, there's a post.
MR. KIM: So I have a feeling that he's answering different things. Do you want me to clarify until you're all done or should I interject in the middle because I feel like what's being asked and what he's answering is two different things.
Q Typically, I'd make you wait until the end so long as she can translate what you're saying?
MR. KIM: So my understanding is that the opposing

Counsel asked you if your job description was posted on the wall. Your job duties, was your answer your job description your job duties, was that posted on the wall?

THE WITNESS: No, it wasn't. So it was just the appointment notice.

BY MS. GOLAN:

Q So there was no written description of your job duties posted at BK Schaumburg?

A No.

Q So what were your job duties?

A Produce manager.

Q As produce manager, what did you do?

A Managing the produce department.

Q What did that entail?

A So all of the different types of the produce has to be delegated to the employees.

Q What does that mean?

A Well the job at the produce department requires that the employees sort out all of the spoiled vegetables or the fruits and they replenish them with the fresh ones and also price them. Those are the ones that I were there to make sure that there is all the fresh ones are there, set up is correct, and I put the price tag, and then I also order the produce.

Q Okay. Did you determine which employees at BK Schaumburg would be assigned to which vegetable or fruit?
A Yes. Among those who belong to the produce department, I delegate them.
Q So how many employees did you supervise at BK Schaumburg?
A Well, the numbers fluctuate, but it could be four to five people.
Q And when you were supervising those four to five people, did you have any other responsibilities over them other than telling them which fruits or vegetables to sort through?
A I cannot ask them to do anything because they're designated to the certain department.
Q Could you clarify your answer.
A Well, I can only ask them to do just for the produce department only, so they know how to manage and clean that area.
Q Okay. Were you able to tell the employees what time to go to work or what time to leave work?
A So the hours of work is not determined by me, those are determined -- actually those are notified by general manager.
Q And who was the general manager while you worked

at BK Shaumburg?
A Choi Hye Joo.
Q Can you spell that?
A I think Choi is the last name so C-H-O-I, H-A-E (sic), J-O-O.
Q Can you instruct the different employees that you oversaw in the produce department and when they could take a break?
A So I don't have authority to determine when they can go to the break or not. Those break times are already set up by the store.
Q Okay.
MR. KIM: I've got to run to the bathroom real quick.
MS. GOLAN: Do you want to take a five minute break?
MR. KIM: Yes.
(Short recess.)
MS. GOLAN: Back on the record.
BY MS. GOLAN:
Q So you do understand a little bit of English then?
A Just a few words here and a few sentences but not really.
Q Okay. So other than telling the employees in the produce department which fruits they should sort through,

did you have any other managerial role over those employees?

A No. I just manage that department and I do the ordering and other than that, no.

MS. GOLAN: Ann, if there's ever a word I am not using and you want me to pick a different word, just to kind of short circuit things.

THE INTERPRETER: Yeah. I would ask could you paraphrase that, thank you. You're so understanding. I appreciate it.

BY MS. GOLAN:

Q What were your other job duties as produce manager at BK Schaumburg?

A I don't have any other duties other than I manage that department.

Q And you testified earlier that you would go to a market in the morning before work?

A Yes.

Q So you did have other duties then?

A Yes. I did manage the department and that includes going to the early morning market, that's what I did, yes.

Q Okay. Who is your supervisor at BK Schaumburg?

A Choi Hye Joo.

MS. GOLAN: We can go off the record for a second.

(Whereupon, discussion was had off the record.)

MS. GOLAN: Back on the record. Just a quick clarification for the record. Anytime that we spelled the Defendant, Hye Joo Choi, H-A-E, the alternate spelling is H-Y-E which is how the Defendant spells it.

BY MS. GOLAN:

Q So is Choi Hye Joo a man or a woman?

A Female.

Q So Ms. Choi was your supervisor the whole time you worked at BK Schaumburg?

A Yes.

Q And as your supervisor, what could she instruct you to do?

A So she instruct me to take care of my produce department.

Q And what did that mean?

A So sometimes she looks at things at the produce market, and if it's not to her satisfaction, she would instruct me to correct it.

Q What does that mean?

A So she is in general the management, so sometimes she sees produce that she didn't think it was fresh, then

she would instruct me to change them.
Q So to replace out the spoiled fruit with fresh fruit?
A Right. So she would instruct me to have the employees to change them.
Q Did you have to check with Ms. Choi before taking a break?
A No. The break time is all set so I can take the break time whenever that I can take it and I don't have to consult with her.
Q So Ms. Choi didn't --
A So we have to use the time machine to clock in and clock out, so I don't have to get her permission or anything.
Q So Ms. Choi didn't tell you what hours -- Strike all of that.
Who told you what time to be at work?
A That direction came from the area manager area -- the Illinois supervisor, Illinois manager, and his name is Cho Yong Kwan.
Again, I am going to take the liberty of spelling his name. First name is Yong, Y-O-N-G, K-W-A-N. Last name is C-H-O. And he told me that I would have to work 60 hours a week and from what time to what time and

going to the produce market is following practice that was set up before.

Q So Ms. Choi didn't tell you what hours you had to be at work then?

A Right, right. So 60 hours is pretty much set 60 hour week and sometimes when I go to the early morning market that I would come back -- I would be done most of my work, but she would ask me to stay until 6:30 which is my time that I leave the store.

MS. GOLAN: Could you read back my question, again.

(Question read.)

BY THE WITNESS:

A Yes. She did tell me what time I should be at work in the morning, yes.

BY MS. GOLAN:

Q I thought you said that was assigned by someone else?

A Mr. Cho instructed me to work 60 hours a week, yes.

Q So Mr. Cho told you to work 60 hours a week?

A So Mr. Cho ordered Ms. Choi to have me work 60 hours.

Q But Ms. Choi didn't tell to work 60 hours?

A Right. Because she was ordered by Mr. Cho and

that relayed to me.

Q Okay. Who hired you to work at BK Schaumburg?

A Mr. Cho hired me and appoint me to BK Schaumburg.

Q Have you ever met Mr. Cho in person?

A Yes. I had an interview with him and then he took me to the Schaumburg store so he introduced me to Ms. Choi, supervisor, to have me work at the produce department.

MS. GOLAN: Let's mark this as Exhibit No. 1.

(Exhibit No. 1 was marked as requested.)

MS. GOLAN: Can we take a two-minute break.

MR. KIM: Okay.

(Brief recess.)

BY MS. GOLAN:

Q I'm showing you what has been marked as Defendant's Exhibit No. 1.

Do you recognize this document?

A No. Because I cannot read English.

Q Okay. This is the First Amended Complaint that was filed in this lawsuit assuming that your attorney will stipulate to that?

MR. KIM: Sure.

BY MS. GOLAN:

Q So I want to be clear, I am not asking you any questions about the content of any of your conversations with your attorney. I am not asking you for anything that's covered by attorney/client privilege. However, did your attorney and you review the allegations in this complaint in Korean?
A He explained it to me.
Q Okay. So on Page 4, Paragraph 36, it states that Defendant, Hye Joo Choi hired Plaintiff.
A Isn't it because -- I don't even understand what the plaintiff and defendant is.
Q That's fine. You are the Plaintiff in this case that you means you initiated this lawsuit. To paraphrase what it's saying is that Hye Joo Choi hired you; is that an accurate statement?
A No, it's not. So actually Mr. Cho who is Illinois Area Supervisor hired me and then he took me to the Schaumburg and introduced me to Ms. Choi and told her what my job title is.
Q So Ms. Choi did not hire you, correct?
A The super manager in Illinois area, Mr. Cho, hired me.
MR. KIM: I suggest that you pronounce it Choi because there's a Mr. Cho.

THE INTERPRETER: That's fine. All right. Thank you.

BY MS. GOLAN:

Q Ms. Choi didn't say to you what hours to work, correct?

THE INTERPRETER: I'm going to still say it in Korean, Choi.

MS. GOLAN: That's fine.

BY THE WITNESS:

A Ms. Choi did say what time that I should start work.

BY MS. GOLAN:

Q She didn't decide that, someone else decided that?

A I think that's what happened, yes. That's what I think because she told me when to start working.

Q Because someone else told her when to tell you to start working?

MR. KIM: May I make a suggestion. She keeps referring to -- just to prevent any confusion between Mr. Cho and Ms. Choi, maybe she should say Hye Joon Choi to prevent any confusion. It's confusing enough already and I don't want him to incorrectly understand what is being translated.

THE WITNESS: Right.
MS. GOLAN: Can you repeat my last question.
(Question read.)
BY MS. GOLAN:
Q Okay. Did Ms. Choi have the authority to terminate your employment or to hire you?
A Of course he (sic) is a supervisor.
Q Wait, he?
A She, I'm sorry.
Q Okay. But she had to check with Mr. Cho before she could hire or fire you?
A That I'm not sure. I don't know about that.
Q Did you ever see Ms. Choi either hire or fire anyone?
A Of course.
Q Who did she either hire or fire?
A Well, there are many who went in and out of that store. I cannot recall the names.
Q But you're sure that Ms. Choi had the authority to hire and fire people without checking with anyone?
A Of course.
Q And why do you believe that?
A Because she hired many people and then if she didn't like them, then she fired them.

Q Then why wasn't Ms. Choi the one that hired you?
A Because they didn't have the produce manager.
Q Can you explain what that means?
A Because there was no team leader who can manage the produce department.
Q So Ms. Choi couldn't hire team leaders, correct?
A She can but at that time she couldn't find anybody so Mr. Cho found somebody to hire me.
Q Do you know why she couldn't find someone?
A Because there was no one who can take care of produce department and because she didn't know anybody who she could hire.
Q So then Ms. Choi wasn't responsible for hiring or firing everybody who worked at BK Schaumburg?
A That I don't know, but she has authority.
Q And how do you know she has authority?
A Because she's the manager of the store.
MR. KIM: Okay. So I am going to start making objections to asked and answered. I am making an objection.
MS. GOLAN: He can still answer, but he's changing everything he's saying, and I am just trying to get one clear answer. Either she could hire and fire everybody or she couldn't hire and fire anybody or she did say 60

hours or both and he hasn't read these pleadings, so I don't what the allegations are supposed to be.

Can you repeat my last question.

(Question read.)

BY THE WITNESS:

A Because she's the market supervisor.

BY MS. GOLAN:

Q Did she tell you she had that authority?

A No.

Q Did anyone tell you that Ms. Choi had the authority that you think she had?

A So there was one time after I came back from the early morning market and Choi Hye Joo called me and said that she wasn't satisfied with what you're doing, so don't come to work tomorrow, you're fired.

Q You were fired by Ms. Choi?

A She did notify me not to come to work anymore, but she call me later again to come to work the next day to make sure that all of the produce department looks nice because the next day the CEO of the company is going to visit our store.

Q When did this take place?

A I can't recall.

Q Was it in 2017?

MR. KIM: Objection. The witness said he doesn't remember.

MS. GOLAN: I am trying to narrow it down.

THE WITNESS: It's 2016.

BY MS. GOLAN:

Q So in 2016, I am just trying to make sure we've got this straight, Ms. Choi called you and allegedly fired you, and then called you after and said come to work the next day?

A Because the CEO is coming the next day and please come right away.

Q And then you continued to work at BK Schaumburg?

A Yes.

MR. KIM: Okay. So a lot of times the witness is giving like non-responsive answers so the Interpreter is not directly translating what he said. Then she would ask him like what he should be answering. So do you want her to just whatever non-responsive or responsive answer he said, do you want her to just direct translate what he says because I see that she's trying to whenever he's providing non-responsive answers, she's trying to engage no, no, no. This is what he's saying.

MS. GOLAN: So you think she's not translating accurately is that what you're trying to say?

MR. KIM: I know she's not translating what he's saying directly because -- not because he's saying non-responsive stuff, so she's trying to ask him again kind of so he would answer the responsive answer.

THE INTERPRETER: Because when he answers, those are not answers to the question. So I repeat the question again and this is what the question is asked and just answer the question.

MS. GOLAN: So whatever he's testified to just -- I know it's going it take longer, but sorry.

Why don't you read back the last question and answer.

(Question and Answer read.)

BY MS. GOLAN:

Q So Ms. Choi didn't actually fire you then?

MR. KIM: Objection. You're mischaracterizing the testimony.

MS. GOLAN: I don't understand what the testimony is. He's claiming he got fired and he was told to come back to work which doesn't make any sense to me, and I am trying to understand what happened.

BY MS. GOLAN:

Q So Ms. Choi was unhappy with your work -- I'm paraphrasing, so correct me if I am wrong -- you say she

called you and fired you and then called you later and said we need you to come in the next day?
A Yes.
Q Did you remind her that she had previously fired you?
A Well, she herself was in need of somebody right away and I also need to work, so I went.
Q Okay. You didn't ask her if you were no longer fired?
A Well, she ask me to come to work so I say yes and I went to work.
Q So other than those two conversations, how do you know that Ms. Choi had the authority to hire and fire people?
A Because I observed it with many other employees.
Q Can you give me a specific example?
A Well, those grocery store employees will be notified by Ms. Choi that I am not satisfied with your work and then he or she is terminated.
Q Give me one example.
A Well, somebody's working and then that employee is too slow or just making lot of excuses and that if he's deemed not worthy of the weekly wage, then that employee is fired.

Q Give me the name of one employee that was fired?
A I can't recall the name of the person now.
Q Is there anything that would refresh your recollection?
A Maybe you can give me some names.
Q You want me to go through the employee roster and then you can tell me whether or not they were fired at some point?
A How can I remember all of that?
Q You haven't given me a specific example of any time -- Strike all of that.
Okay. So to reiterate, you don't know a specific employee that was fired by Mr. Choi?
A There are so many employees that work there.
Q Do you know who determined how you were paid?
A In the market Choi Hye Joo determined how many hours one should work and how much is pay.
Q She determined your rate of pay?
A So the amount that I received was determined by Mr. Cho when I first started there, but at BK Schaumburg Market, Ms. Choi Hye Joo determines how many hours and how much is being paid to the employees.
Q So when you say determines how much is being paid, is that your hourly wage?

A Right.
Q So what does Mr. Cho do?
A So Mr. Cho actually as an Illinois Super Manager found me as a team leader because Ms. Choi Hye Joo could not find any team leader for her store, so I interviewed with Mr. Cho and he determined my hours and my wage.
Q So not Ms. Choi?
A Are you talking about the employee's wage or my wage?
Q Your wage.
A My wage is determined by Mr. Cho, so she notified Ms. Choi Hye Joo what my hours are. But as far as the rest of the employees are concerned, Ms. Choi has the authority to determine the time and wage.
Q How do you know that?
A Because in front of me, she would hire somebody and tell the prospective employee what the hours are and what the wages are.
Q Can you give an example of an employee?
A I don't know if this person is still working there or not, but that person was working for the produce department --
THE INTERPRETER: I have to ask him to repeat that answer.

MS. GOLAN: Okay.
BY THE WITNESS:
A So when there's no produce department employees, then Ms. Choi Hye Joo received application and then that she would hire employees and she determines the hours and told me that this employee is going to start from when to when and the wages may be notified to that person.
MS. GOLAN: Can you read back my question.
(Question read.)
THE WITNESS: So when you're asking examples, then I have to come up with a name.
BY MS. GOLAN:
Q If you can think of one. If you can't think of one, I am just trying to get you to answer my questions truthfully.
A Of course I would let you know if I can remember the name of the person, but I just cannot recall the name.
Q Then that's your answer.
A Right. I cannot recall the names. I don't know. Yeah, I can't recall.
Q How are you supposed to keep track of your time?
A My work?
Q Yes.

A Well, there is a time punch.
Q Going back to your question, you weren't responsible for keeping track of anyone else's time, correct?
A Yes. I'm told by the manager. I was told by the manager how many hours this employee is going to work from what to what, then I just follow that.
Q Were you responsible for punching that employee's timecard?
A No.
Q So you were only responsible for your own timecard?
A Right. So, it's not a time punch, it's a finger. I have to put my hand on it, so it's all done by hand. I do it only for me.
Q So it's a biometric system?
A Right, yes. You have to put -- the machine recognizes my hand, so I just put my hands on the machine.
Q Okay. And where was the machine located?
A In front of the office. It's on the wall of the office.
Q What office?
A So there is a small office in BK Schaumburg where

there's a computer and store manager works.

Q And who is the store manager?

A Choi Hye Joo.

Q Who trained you how to use the time tracking machine?

A So every time the employee comes, the manager put all the information there. So when he put all of this information in the machine that he needs the ID, the password specific number, ID number he needs.

Q Who is the he?

A Choi Hye Joo.

Q That's a she?

THE INTERPRETER: Well, it wasn't really clear.

MS. GOLAN: You are doing a remarkable job. I could not handle this job, trust me.

BY MS. GOLAN:

Q Okay. So what was the policy at BK Schaumburg if you forgot to clock in one day?

A So there is times when the employees forgot to clock in when they come to work and then the store manager happens to find out about this, and then the store manager will call this employee and get all of the information. Then he manually put the time onto the machine.

Q Were you given an opportunity to review the time clock records to make sure they were accurate?
A I have no authority to get into the machine. The program can only be seen by the store manager Choi Hye Joo.
Q Okay. Did you ever forget to clock in when you worked at BK Schaumburg?
A Yes.
Q How many times?
A I believe more than ten times.
Q And each time you forgot to clock in, Ms. Choi would call you and ask you what time you started to work?
A So usually when I forgot to -- usually when I forget, it's usually the clock out time, so then Choi Hye Joo would ask me what time did you come and she made sure that my hours are correctly recorded.
MR. KIM: I don't think that's what he said.
MS. GOLAN: Okay. I'll let you clean it up on redirect.
MR. KIM: Maybe you can just repeat exactly what he said. I don't know if you can do that.
THE WITNESS: So sometimes when I forget to clock out, then she would ask me what time did you come and what time did you leave, then she make sure that I work

within those times that my hours so that she doesn't have to pay me overtime.

BY MS. GOLAN:

Q Okay. So, it's your position you were never paid overtime?

A No, I'm not saying that. So when we doing the inventory then that has to be recorded correctly. So yes, then I receive overtime.

Q So you only received overtime when you worked inventory?

A Well, there are times when there is a problem at the market. For instance, if the power is out, then we have to take the merchandise removed, so then I would work overtime, then those are recognized as overtime. In 2017, there was a directive that one cannot work more than ten hours. So after that, they make sure that it is only ten hours.

Q Ten hours of overtime?

A Because I work ten hours a day, those are the hours that I was paid. So only the times when we're working on the inventory and only the times when there is a problem, those are the only times that we were paid overtime. Other than that, the overtime is not recognized. That policy started when they changed the

lunch hour to one hour. Before that, the lunch hour was 30 minutes.

Q Okay. Was this a written directive or did someone tell you this was the new directive?

A Because Choi Hye Joo received it as mail so she gave us that directive.

Q Ms. Choi received it in writing, is that what you're saying?

A Well, that I don't know. Well, she just gave us the direction that the lunch hour is one hour.

Q Who told you about this directive that you were only to get paid for ten hours a day?

A When I was hired, I was to work 60 hours a week so I worked 60 hours a week.

Q That wasn't my question.

Can you repeat my question?

(Question read.)

BY THE WITNESS:

A The system has changed so that I don't have to go to the early morning market. And then since then, I am to work ten hours a day because since I don't go to the early morning market, I work ten hours and from 2015, April, to 2017, January, there was no overtime for me.

MS. GOLAN: Can you repeat my question one more time.

(Question read.)

BY THE WITNESS:

A So when I went to the early morning market that I was going to leave work then Choi Hye Joo would tell me that no you have to continue to work because there's still some things to take care of for this market, so she wouldn't let me leave work.

MS. GOLAN: So he's not going to answer that question apparently.

BY MS. GOLAN:

Q So what time period are you saying that you never received overtime for?

A So when I go to the early morning market, I was never paid overtime. So from Monday, Wednesday, Friday for three days a week after I went to the early morning market, I still stayed until 6:30 and I was never paid that as an overtime.

Q So the days you went to the early morning market, what time did you clock in at work?

A Because you cannot do it. There is no machine. I mean the store is closed at that time.

Q Answer my question.

What time did you clock in at work when you went to the early morning market?

A Well, I leave home at 2:30, but it should be at 2:30.

Q But what time did you clock in?

A I don't. When I go to the early morning market, I don't clock in.

Q You never clocked in the days you went to the early morning market?

A I couldn't because the store is closed.

MR. KIM: Can I ask --

MS. GOLAN: You want to follow-up during your redirect or did you want to testify for him?

MR. KIM: No, no. Not testify for him. There's a miscommunication.

MS. GOLAN: I asked it three times and he keeps testifying that he didn't clock in on those days.

MR. KIM: If you ask -- it's your deposition.

THE WITNESS: Well, the machine is in the market, so when I go to the early morning market, I can't use the machine.

BY MS. GOLAN:

Q Who did you tell that you would go to the early morning market?

A Well, I don't -- I don't say to anybody. I receive the mail so if there is Memorial Day, depending

on where the Memorial Day falls into, I could either go to Tuesday or Thursday or Saturday. So there are times when the early morning market closed a few times a year like Memorial Day. So for those times I would go to the market Tuesday, Thursday, Saturday.

Q But you wouldn't tell anybody you were going to the market?

A No, I don't. Well, when I arrived at the market and I finish the order and I fill the order and then the H Mart would send the car so that they can carry to the store, so I would have those times that I use for ordering -- the order time at the store. Those are the practice that was done from the predecessor.

Q But you didn't tell anyone at the store the times you were at the market -- Strike that.

You didn't tell anyone at the store what time you went to the market?

A Well, the time -- well, I received the invoice and then I send it to the distribution center.

MS. GOLAN: Can you repeat the question --

THE WITNESS: And the invoice would have my signature.

(Question read.)

BY THE WITNESS:
A No, I didn't. I just followed the times that the predecessor did. I was told by the predecessor that the order will be received from 3:00 a.m. so I just followed suit.
BY MS. GOLAN:
Q Who was the predecessor?
A So Pock (phonetic) something.
MR. KIM: If you don't know, say you don't know.
BY THE WITNESS:
A No. I can't recall his name.
BY MS. GOLAN:
Q Okay. Did Ms. Choi ever tell you what time to go to the early morning market?
A No, she didn't.
MS. GOLAN: All right. It's about 12:17. Can we take a break for lunch?
MR. KIM: Yes.
(Lunch break.)
BY MS. GOLAN:
Q So when you started working at BK Schaumburg, how much were you paid an hour?
A $12.
Q Is it $12 the entire time you were at BK

Schaumburg or did your pay ever change?

A The raise was raised in increments of 75 cents and I think about the time I left it's about either 13.50 or 13.75 per hour.

Q And it was raised incrementally when was it raised?

A In 2016, I had a raise of 75 cents an hour. The next time it was 75 cents also, so I think 13.50 maybe.

Q So about every year they would give you a raise?

A Yes.

MS. GOLAN: Mark this as Exhibit No. 2.

(Exhibit No. 2 was marked as requested.)

BY MS. GOLAN:

Q I'm showing you what has been marked as Exhibit No. 2. Have you ever seen this document before?

A No.

Q Do you recognize this document?

A It looks like it's a payment something.

Q Okay. Would you dispute it if I said this was your earning statement for a pay period while you were working at BK Schaumburg?

A It is correct that this is my payment.

Q Okay. So if you don't understand --

A No, no, no. I want to just look at it.
Q Absolutely. So it says at the top right that the period ending, so the end of the pay period was August 30, 2015, do you see that?
A Yes.
Q And that you were paid on September 4, 2015?
A Yes.
Q And it says your gross pay for this time period was $1,770.50 and your net pay was $1,414.65; does that sound about right?
A Because I didn't calculate myself, so I don't know.
Q That seems about the appropriate amount of what you were paid roughly speaking?
A No. Because this is a reference at the time when I was paid for my overtime. It's not like that I am paid this amount all of the time. This was just one time payment.
Q Okay. But you were paid overtime for this statement?
A It says at 2015 I am not sure if I can -- I don't have a correct memory, but it's when I went to early morning market. But anyway, the payment is correct, but it's not the amount that I received all the time.

Q So your pay would fluctuate based on whether or not you worked overtime during any pay period?

A Right. So if they recognize my overtime on a certain time or certain special time, so if I work five hours of overtime, it would have been 15 hours, but it says five hours of overtime.

Q Actually, the way I am reading this is it says regular hours were 80 hours. Overtime hours were 45.05 hours.

A So everyday my work hours are ten hours.

Q Everyday the entire two years you worked at BK Schaumburg?

A Yes.

Q And how many days a week did you work at BK Schaumburg?

A Six days.

Q So you worked 60 hours a week?

A Yes.

Q So according to this earning statement if you worked 80 regular hours and 45 overtime hours, you worked a total of 125.05 hours during this pay period, would you disagree with that?

A I don't know what you're asking me that I have an objection to. Are you asking me if I have an objection

to 60 hours a week?
Q So the math comes out to 125.05 hours for a two-week period, so that's a little more than 60 hours a week. Do you agree with that statement?
A You're talking about just specifically this payment only, right?
Q Yes.
A So yes, if you look at the pay period itself, what is written on the paper, it is correct, the time is correct, and the payment is correct. But since I did not review my timecard or look at other things, I cannot say for sure whether this is correct representation.
Q And we're talking 2015 so you might not remember this exact time period. But you testified you work roughly 60 hours a week and this pays you roughly 60 hours per week in this time period. Would you agree with that?
A Yes. Those times show, yes.
Q And do you know a specific example of when you worked for more than 60 hours per week and you weren't paid for that time?
A This is why I'm doing this because there were.
Q Okay. You have all the earning statements and you've produced all of your earning statements?

A Yes.

Q Do you have an example of when you weren't paid for your 60 hours a week?

A Could you repeat that question?

Q That was a bad question.

So you've produced all of your earning statements from when you worked at BK Schaumburg and BK Schaumburg has produced all of the earnings statements from when you worked there. There is no question but I am just trying to break it up for him.

A Yes.

Q So after reviewing all of that, do you know of any time period where you were not paid for your 60 hours that you worked per week?

A Well, when I don't go to work for some reason then that amount is taken away.

Q So you think you should be paid for the time you're not at work?

A No. I'm not saying that. I just answered that because you ask that question.

Q Okay. You were saying that if you work less than 60 hours is because you would have taken time off, so you weren't being paid for that time?

A Right.

Q So in your complaint you've alleged that you were reimbursed at 48 cents per mile for your travel expenses?
A Well, it was actually 0.485, so I guess you can consider 48 cents.
Q So 0.485. How were you reimbursed for that, was it in a separate check or in your paycheck?
A Are you talking about whether that amount is included in this earning statement?
Q If it's in this earning statement -- I'm sorry.
Were your reimbursement checks made a part of your regular paychecks or were they in a separate check?
A Separate.
Q Can you produce those statements that show the reimbursement checks you received?
A I don't have all of it.
Q Do you have any of them because you didn't produce anything?
A I don't have it, but I think I look for it.
Q Would it be in a bank statement that you have?
A Yes. It was a bank and it name BBCN and they changed the name of Bank of Hope, but I received the check from that bank.
THE COURT REPORTER: Can you repeat that?
MR. KIM: B-B-C-N.

BY MS. GOLAN:
Q So the check was deposited into that account or that's the account or that was the bank that the check came out of?
A I receive it from H Mart.
Q Okay. And then you deposited into this Bank of Hope?
A Yes. I changed to cash.
Q Do you have access to your personal bank statements during that time?
A Could you repeat the first part of your question?
Q Do you have access to the Bank of Hope's bank statements?
A But I don't know if they're going to -- I can't answer that because I don't know if the Bank of Hope is going to let me have an access or not.
Q Do you have an account with Bank of Hope?
A Yes.
Q So what I'd like for you to do is try to obtain your bank statements that would reflect these travel reimbursement checks that you've referenced because you have not previously produced those.
A Well, because I received it by checks, so I have to verify the amount. I don't know if I can do that

because I received the check from the bank.

Q So what I am asking is if you can try to do that, and then if you can find those deposits, provide them to your attorney and he can produce them to me.

A I will check it.

Q Thank you.

Did you have to submit a reimbursement request in order to be reimbursed for your travel expenses?

A Yes. I submit my mileage, and then I receive the check.

Q Who did you submit them to?

A Actually, I submitted that to this accounting department of the distribution center because they're the ones who sent me the checks.

Q What distribution center?

A I don't know how to explain that. So actually, as I said before, there is a warehouse. I mentioned that GBK was a warehouse. They have their own account, and they have their employees there, and that's where they finalize payment and send it to me.

Q What's the relationship between GBK and H Mart if you know?

A The name only has changed but it is H Mart Warehouse.

Q Okay. So when you testified earlier that you used to go to an early morning market and then you started going to a distribution center, did they just change the name to GBK and it's the same building or are they different buildings?

A So the early morning market that I was referring to is places like Antonio Murano and Jap. This distribution center is where my order arrived. And the warehouse would send those merchandise to each stores.

MS. GOLAN: Okay. Let's mark this as Exhibit No. 3.

(Exhibit No. 3 was marked as requested.)

BY MS. GOLAN:

Q I'm showing you what has been marked as Exhibit No. 3. Can you take a minute and look at this.

A (The witness complies.)

Q Do you recognize this document?

A Yes.

Q And what is this document?

A So this is a document that says they received the merchandise from Antonio Murano and that the products are not in good condition, so this is pertaining to Naperville store. They're asking for the credit.

Q Okay. Taking a step back. This is a text

message, correct?
A Yes.
Q Do you recognize this number (630) 974-7024?
A So looks like this is the phone number of the produce manager at the Naperville store.
Q And this is a text that you sent him or he sent you?
A I received it from this guy.
Q Do you still have access to this text message?
A He left H Mart and he's now working at the Assi Plaza.
Q No. Do you still have access to this text message on your phone?
A If that number did not change, I'm sure I have that number in my phone.
Q Not the phone number, this actual text?
A Maybe found in my old cell phone. I have to look at it.
Q When did you get rid of your old cell phone?
A No, I didn't get rid of it, I just changed to new one. I still have it.
MS. GOLAN: So the manner in which these were produced these were a photo of a text message that was emailed to you that you emailed to us without redacting

any of the information, I would like these produced in a forensically sound manner. Meaning, get the cell phone, plug it into a computer and then send it to us so that we have all the medidata and all of the back and forth because just these single shots are not proper. I don't know the context of it. I don't know what the response was. I don't have any of that information. There's no -- I mean it cuts off the dates and the times, so all of the text messages that were produced, I need to be reproduced properly.

MR. KIM: If I can get the phone from him and if you let me know exactly how you want it to be produced.

MS. GOLAN: As a text chain, not as a screenshot. I don't know who took a photo of this. I don't know -- none of this makes sense. It's a photograph of a cell phone that was an email to you. I want it produced as a text message.

MR. KIM: Okay.

MS. GOLAN: Okay. Can you get it to me within 14 days?

MR. KIM: I will see what I can do because it also depends on how you want it produced. If it's just a matter of like forwarding from his own phone --

MS. GOLAN: Not a forward, no, because that destroys

the medidata. You take his phone and you plug it into your computer and there's a program that will upload all of the -- I'm assuming you know this because you do a lot in federal court. It will upload all of the text messages and then it will produce them so you have all of the back and forth medidata. I can send you a Wikihow if you don't know how to do it, but that's the manner I want these produced in.

MR. KIM: I will look into it. I mean, I don't have a problem producing them. I will have to get it from him and make sure it's in there.

MS. GOLAN: It better be because otherwise he destroyed the evidence.

BY MS. GOLAN:

Q Do you remember the name of the Naperville store manager?

A Hu Mong He (phonetic).

Q This text exchange, you send him a picture of the fruit and then Hu Mong He said that the fruit was spoiled?

A Yes. Because whatever they received, they said it was in bad condition so he's asking for credits. That's why he sent me the picture.

Q What were you supposed to do with this

information?

A So yes, then I will have to go to Antonio Murano and then I will have to show the picture and then either we get another products or as we purchase something, that I could get the credit.

MS. GOLAN: This will be Exhibit No. 4.

(Exhibit No. 4 was marked as requested.)

BY MS. GOLAN:

Q I'm showing you what has been marked as Exhibit No. 4. Do you recognize this document?

A So it is from the warehouse manager. So he's sending this text so that he wants the apple bin and send it to him because they didn't receive the bin from LA. So because they needed those bins, he is sending this text so that he can have those bins from the store, apple bin.

Q Okay. Do you remember the name of the warehouse manager?

A Ahn Dae Jean -- I am not sure exactly, Dae Jean.

Q Good luck.

THE INTERPRETER: If I could, it could be D-A-E, J-I-N or it could be J-A-E, J-I-N (sic). His last name A-H-N.

MR. KIM: Can we go off the record?

(Whereupon, a discussion was had off the record.)

MS. GOLAN: Back on the record.

BY MS. GOLAN:

Q Do you recall what this voice message said in this text message chain?

A Those upper part I don't know because he sent it so I can't speak about that. So this is about the apples that they're supposed to LA because they were going to go on an apple sale, but since they didn't receive it, this person is asking Mr. Lee to send those apples to him.

Q But if you still have this text message on your phone, you'll still have this voice memo, correct?

A Maybe in my old phone, maybe.

MS. GOLAN: This will be Exhibit No. 5.

(Exhibit No. 5 was marked as requested.)

BY MS. GOLAN:

Q I'm showing you what has been marked as Exhibit No. 5.

Do you recognize this document?

A This is an order that I received by fax.

Q So this is a text message, who did you send this

text message to?

A This is a text message -- this is order message that I received from Mr. Hung Son Moon (phonetic) from Troy, but he's no longer working there. So he's a general manager of Troy. So this is an order that I received from Troy general manager there. As I said before, we did some orders by fax at the time. They needed these items so I received this order fax from him. So he took a picture and then send it by fax. So after I receive this, I sent those orders to him.

Q And who prepared the order form?

A The form is actually there. That's just the form that the H Mart uses.

A The form is actually where?

MS. GOLAN: I'm sorry. I know I have a question pending. I have to step out for a second.

(Brief recess.)

MS. GOLAN: Can you read back my last question?

(Question read.)

BY THE WITNESS:

A So each store has those forms so because they don't have this long form, they cut it in half and they made it into two forms.

BY MS. GOLAN:

Q And they would text it to you?
A Yes.
Q They would give you a hard copy like the one you have in your hand they would text you a picture of it?
A Well, when I receive this fax then I transfer that to a paper form like this as I show you (indicating) and I don't keep all of it because I don't have to keep all of that. Too many of them.
Q So the store manager at Troy would text you pictures of the order form?
A Sometimes, yes. They send it by text and sometimes by fax.
Q Okay. So in this example, they sent it to you via text?
A Yes.
Q Where were the faxes sent?
A I discard them because they're just too many of them. I couldn't keep all of them.
Q My question is the faxes that were sent, where did you receive the fax? Did you have a fax machine?
A In Schaumburg.
Q So there was a fax machine at the office and that's where the faxes were sent?
A Yes, in Schaumburg.

MS. GOLAN: So this is Exhibit No. 6.
(Exhibit No. 6 was marked
as requested.)
BY MS. GOLAN:
Q I'm showing you what has been marked as Exhibit No. 6.
Do you recognize this document?
A I think this is an order as well.
Q Do you recognize this telephone number at the top?
A I can't recall who that is.
Q So you don't know who this text exchange is with?
A I just cannot recall what that phone number is. Sometimes when the fax is not working, then they would send the text like this. But I don't know who that is. I can't recall.
MS. GOLAN: This will be Exhibit No. 7.
(Exhibit No. 7 was marked
as requested.)
BY MS. GOLAN:
Q I am showing you what has been marked as Exhibit No. 7.
Do you recognize this document?
A Yes.

Q Okay. And what is this document?
A So this is after the order is complete and then purchase is complete, I have those ready to be loaded onto the truck. This person is asking whether the truck has arrived.
Q Do you know who this person is?
A This person is working for the distribution center.
Q That's GBK?
A Right now, yes, it's GBK.
Q So you don't remember that individual's name?
A Well, it's right here. It says Lee Eun Kyung.
Q Where is that, underneath the phone number?
A It's right here (indicating).
THE INTERPRETER: I am taking the liberty, E-U-N, K-Y-U-N-G. Last name, Lee, L-E-E.
MS. GOLAN: This is Exhibit No. 8.
(Exhibit No. 8 was marked as requested.)
BY MS. GOLAN:
Q All right. I'm showing you what has been marked as Exhibit No. 8.
Do you recognize this document?
A Yes.

Q What is this document?

A So this is a request from the Niles produce manager to me saying -- that first line says, please send us the two lemongrass boxes. And the second line says also eight pounds potato and one bin of turnip leaves, radishes flower, loose carrots, 20 pounds.

Q To be clear, what I am really trying to get at is who the text messages were exchanged with?

A Niles market produce manager sent me.

Q Do you remember his name?

A Park. I can't recall the first name. The last name is Park, P-A-R-K.

MS. GOLAN: All right. This will be Exhibit No. 9.

(Exhibit No. 9 was marked as requested.)

BY MS. GOLAN:

Q All right. I'm showing you has been marked as Exhibit No. 9.

Do you recognize this document?

A This is text from the Troy store manager, produce manager. So he was missing some items from the order so he is asking me to purchase those. The second one is the same.

Q What is his name?

A K-I, S-O-O, S-E-O. Ki Soo Seo.
MS. GOLAN: This will be Exhibit No. 10.
(Exhibit No. 10 was marked as requested.)
MR. KIM: Can we take a break?
MS. GOLAN: Sure.
(Short recess.)
MS. GOLAN: Back on the record.
BY MS. GOLAN:
Q I was showing you what was marked as Exhibit No. 10.
What is this document?
A This is a text from BK Schaumburg manager to me to purchase these items.
Q Who is the BK Schaumburg manager?
A Hye Joo Choi.
Q The one we keep going back and forth on.
MS. GOLAN: This is Exhibit No. 11.
(Exhibit No. 11 was marked as requested.)
BY MS. GOLAN:
Q All right. I'm showing you what has been marked as Exhibit No. 11.
Do you recognize this document?

A Because there's no manager at Troy, I receive this text which says revised order form to you. Because they didn't have the produce manager there, the order was sent from this man called Lee Man Kwang. K-W-A-N-G, M-A-N, L-E-E.

Q Okay. Those are all of the text messages that we've identified.

So who is Hyun Jung Chang? I am going through the witnesses.

I will just mark this as Exhibit No. 12?

(Exhibit No. 12 was marked as requested.)

BY MS. GOLAN:

Q So to be clear, I'm mainly providing this so when I butcher the names, you can translate it better.

All right. Who is Hyun Jung Chang?

A You mean Chung Hyun Chong (phonetic), not Chang.

MR. KIM: So, the second page?

MS. GOLAN: It's on the second page, sorry.

BY MS. GOLAN:

Q Okay. Who is that?

A He's H Mart warehouse employee and he collected all the order and then he sent me.

Q He works for H Mart or BK Schaumburg?

A H Mart.
Q Have you spoken to him about this litigation?
A No.
Q Are you still in contact with him?
A No.
Q So to the best of your knowledge, his job is to collect the different orders that you were supposed to pick up in the early morning market?
A As the system changed, he collects all the orders and then he's sending it to me.
Q And he sent them to you via text, email, or fax?
A So he collect all of our orders and send it to me in mail.
Q In the regular mail?
A Email.
Q So some of this is for her sake.
The next individual you identified is I don't Yong Kwan Cho. Is that Mr. Cho that you alleged hired you?
A Yes. He's Illinois super manager.
Q That's your understanding he no longer works for H Mart?
A Right. He quit.
Q When did he quit?

A I can't recall exact, but he's fired.
Q He quit or he was fired?
A I really don't know exactly whether he quit or he was fired, but he stopped working there.
Q Okay. And who is Dae Jean Ahn?
A He's the warehouse manager. I am not sure if his name is Dae Jean Ahn, but he's the warehouse manager.
Q Is he the individual that we are trying to spell earlier?
MR. KIM: So the name is just that the first word might be flipped. So, it's either Dae Jean, D-A-E, J-E-A-N or Jean Dae, J-E-A-N, D-A-E.
BY MS. GOLAN:
Q Did you work for H Mart or for BK Schaumburg?
A It was H Mart. He used to work for the H Mart and now that name changed to GBK.
Q And are you still in contact with him?
A I don't necessarily have contact with him, but sometimes I see him at my store sometimes.
Q At Joong Boo Market?
A Yes.
Q Have you spoken to him about this litigation?
A No.
Q In your answers to interrogatories, you stated

that Mr. Chang and Mr. Ahn have knowledge about your work hours?

A Well, this person knows what this person doesn't know.

Q Which person does not know?

A These two people know my work hours because I have contact with him sometimes. But Mr. Hyun Jung Chang would not know my work hours. Because Mr. Ahn Dae Jaen, I had a conversation with him, and somehow I told him that I work 60 hours a week.

Q But Mr. Yong Kwan Cho does not know you work 60 hours a week?

A Right.

Q But you testified earlier that he was the one that directed you work 60 hours a week?

A No, no.

MR. KIM: Can we clarify which person we're talking about.

MS. GOLAN: I just did. I just said Yong Kwan Cho. He said he was the the Illinois super manager.

MR. KIM: Exhibit No. 12, Page 2, the Answer B, Yong Kwan Cho?

MS. GOLAN: Yes.

THE WITNESS: Yes. He knows because he was the one

who directed to the Schaumburg store manager.

BY MS. GOLAN:

Q Did Mr. Hyn Jung Chang or Mr. Dae Jean Ahn know anything about your work hours?

A They don't but Dae Jean Ahn may know because during the conversation, I may have told him I work 60 hours a week.

Q So all of this information comes from you reporting how many hours a week you worked for him?

A Yes. As we were having conversation, I may have told him.

Q But he didn't have any independent knowledge of how many hours a week you worked?

A Right.

Q Going to the next page. It's 2(d). Who is Young Choon Park?

A He is the one -- he's the predecessor and took care of the merchandise. I started working there because he was no longer working there.

Q Did he train you at all in your later position at BK Schaumburg?

A Yes. For one week he gave me training and we worked together.

Q And he was the one that told you to go to the

early morning market at 3:30?
A Yes. We wet together.
Q Okay. Who is Eu Kyu Choi? It's Answer Number 3 on Interrogatories.
A Who, I don't know.
Q You don't know who he is?
MR. KIM: Maybe you can read Number 3 and explain to him?
MS. GOLAN: No. We don't need to explain the question. Did you not verify these interrogatory answers?
MR. KIM: I think. I'm sure he did. It's not here but.
MS. GOLAN: I'll go back and look through my stuff and I'll let you know.
BY MS. GOLAN:
Q So you don't know who Eu Kyu Choi is?
A I don't know who that person is Eu Kyu Choi.
Q Do you know how much you believe you are owed from BK Schaumburg on unpaid wage?
A I didn't calculate it.
Q Okay.
MS. GOLAN: No further questions right now.
MR. KIM: Maybe I'll ask some questions.

EXAMINATION

BY MR. KIM:

Q Mr. Lee, I want to direct your attention to Defendant's Exhibit No. 10.

Can you take a look and explain to me what we're looking at?

A This is a text from the BK Schaumburg store manager asking me to some of the missed items has to be purchased.

Q So it seems like at the top there's a name and the title. Can you explain what we're looking at at the top?

A So Choi Hye Joo store manager.

Q Okay. And so the body -- these are the text messages you received from her?

A Yes.

Q And so in the center it looks like the date and the time that you received these messages, correct?

A Yes.

Q So let me start from the bottom. The bottom I see it looks like it's a 2015, August 2nd?

A Yes.

Q And it looks like it's 21:17, so I guess it's 9:17 p.m.?

A Yes.
Q Is that when you received this text message?
A Yes.
Q And were you working at the store at this time?
A No. That's when I had a day off.
Q Would Choi Hye Joo, would she send text messages on your day off, too?
A Yes. Even when I had the day off, she would send me these text messages to send me the items to be ordered at the market because suppose I was off on a Thursday and she's asking me to pick up these and these items for Friday when you go to the market.
Q So did you get paid for this time?
A No.
Q And then one above it says 2015, July 30th, I guess it's at 20:47, so it's 8:47 p.m.?
A Yes.
Q So were you working at the store at the time?
A No. I was at home.
Q And so you sometimes received messages from her when you were not working?
A Yes.
Q How often do you receive messages from her when you were not working at the store?

A So not only she sends me these text messages when I have a day off. Even from I received the emails from the market as well. So she would send me an email and if it is some items are missing, then those items will be sent to me by email.

Q Okay. So did you get paid for those times that you checked your email, checked your messages at home when you're off?

A No, not at all.

Q So have you ever asked them to pay for those times?

A No, I didn't ask.

Q Why didn't you ask?

A Well, if the Korean sentiment is such that if an older person requests this type of payment, then I would not only get a raise, but also I'll be let go.

Q I'm sorry, can you clarify it?

A Well, if an older person requests such things according to the policy, then I am not only getting the raise, but also I would be asked to leave.

MR. KIM: Can you repeat his answer.

(Answer read.)

MR. KIM: Is that what he said, he's not only getting the raise --

THE INTERPRETER: He's not only getting raise --

MR. KIM: Not getting raise, that's what he said.

THE INTERPRETER: Oh, I'm sorry. Not getting raise.

BY THE WITNESS:

A Not getting raise, but also to be asked to leave.

BY MR. KIM:

Q Let me ask you about the time you spent at BK Schaumburg. You said that there were four or five employees working in produce section, correct?

A Yes.

Q Did you hire them?

A No.

Q Have you fired anyone of them?

A No.

Q Did you have any authority to hire or fire them?

A No.

Q Okay. Did you have any authority to raise their hours or their hourly rate?

A I didn't have those authority.

Q Who had the authority then?

A Store manager Choi Hye Joo.

MR. KIM: I have nothing further.

FURTHER EXAMINATION

BY MS. GOLAN:

Q Looking back at Exhibit No. 10, when you received a text message, were you required to respond immediately?

A So actually this is an order, so I could just go to the store and fill those orders and purchase them. So I didn't necessarily have to respond.

Q So the first test which because we don't have the forensic image, it's a little wonky if it's accurate or not. But it says you received a text from Ms. Choi at 6:54 on May 14, correct?

A Yes.

Q And you didn't respond until 7:00 a.m. the next day, correct?

A This is an order to purchase, so I didn't necessarily have to respond.

Q So you didn't have to do anything when you received this text message? No, no. Go back to this one. Answer my question?

A No. Well, I have to buy these and then I have to put it in for the paper.

Q But the next day during your normal work hours?

A You mean this (indicating)?

MR. KIM: Can you read back the question and answer?

(Question and answer read.)

BY THE WITNESS:

A No, that's not it.

BY MS. GOLAN:

Q Then what is it?

A This was sent to me when I was not working and telling me some of the missing items.

Q But you didn't have to do anything with this until you went back to work the next day, correct?

A Because I have to make sure that it is all recorded per stores and then I have to make sure that it's all in the paper.

MS. GOLAN: Can you repeat my question.

(Question read.)

BY THE WITNESS:

A I just explained to you. I have to record it in the order paper and into the fax form, so whatever the order list was. And then the next day when I go to work, then I have to send those items.

MR. KIM: Okay. Not everything he said is being interpreted.

THE INTERPRETER: He does not make sense, but I cannot ask him to clarify.

MR. KIM: He said the next day he can't look it up on

the phone at the market --

THE INTERPRETER: He didn't say next day. He just said that I have to put it in the fax, but he put it in the fax after he received this order --

MR. KIM: No. He said I can't just go to the market and look at the phone, so I have to put it in --

THE INTERPRETER: But he didn't specify that he's going to do that on the day that he received the fax, and I couldn't ask him whether did he do it right after he put it in the fax form right after he receive the text. I mean, I would imagine that he did it when he received the text --

MR. KIM: The question is, she's asking oh, you just looked at it but you didn't do anything that day, didn't you. And he was explaining how, no I had to put it in the form because when I am at the market, I can't just be looking at the phone. So he was explaining, but that portion wasn't interpreted. That's my problem.

THE INTERPRETER: I know. But he said it -- he didn't specify when he was putting it into the form. I mean, I don't know if he did it right after he received the text --

MR. KIM: The problem is, the portion where he said I can't be looking at the phone when I'm at the market, so

I have to put that in the form, that portion wasn't interpreted --

THE WITNESS: That portion I was getting into, but you weren't happy with the --

MR. KIM: No. You were done.

MS. GOLAN: What was the last question?

(Question read.)

MS. GOLAN: And his response was?

(Answer read.)

MS. GOLAN: I feel like we didn't actually qualify you. Maybe we should do that now.

Ann, could you talk about some of your background for your language.

THE INTERPRETER: I am basically a freelance interpreter. My name is on the roster of the Federal Court Interpreter's Database, and I am a Cook County Court Interpreter. My name is on also on the roster of the State Department Simultaneous Interpreter's List.

MS. GOLAN: So you have been certified by federal courts?

THE INTERPRETER: There is no certification program, so I cannot say that I am certified. There are only, I believe, a few languages that have the certification program and Koreans don't have that certification, so I

cannot say I am a certified Korean interpreter. But whenever I am hired, it's because I either take their test or they take my credential to work as a simultaneous interpreter for the State Department and then give me the court qualified interpreter.

MS. GOLAN: Okay.

MR. KIM: Are you done?

MS. GOLAN: Yes.

MR. KIM: I just want to then follow-up just on this issue.

FURTHER EXAMINATION

BY MR. KIM:

Q So let's go back to the Defendant's Exhibit No. 10. I believe Counsel for H Mart --

MS. GOLAN: I'm not Counsel for H Mart. I am Counsel for BK Schaumburg.

BY MR. KIM:

Q Counsel for the BK Schaumburg asked you, Mr. Lee, about the messages you received from the store manager of BK Schaumburg. My question is, I think -- so the Counsel mentioned that after you received these text messages, did you do anything or you didn't have to do anything and you only --

MS. GOLAN: You can't repeat paraphrase everything I

just said. Ask a question related to this. Don't manipulate what I've said and get him to say what you want him to say.

BY MR. KIM:

Q Let me ask you, after you received this text message, what did you do? Did you do anything at all?

A I have to record in the paper what the orders were.

Q Okay. Can you describe in detail the steps you took what you did after receiving this text message?

A I have to first check it and then there's order paper -- order form from H Mart. So I have to record it all the order items per stores. So I have to -- there is no order form per store, so there's -- I recorded Niles and Naperville's orders and as such that I recorded that. And then at the bottom, I have to write down what all of the ordered items were. So if it is not in this list here, then I have to write down what the order items were. I have to write down with my hand.

Q And you couldn't wait to do those at work until the next day when you were at work?

MS. GOLAN: Objection. You're stating things that are on the record already.

BY MR. KIM:

Q Go ahead and answer.
A No. Because I have to go to the early morning market next day. Well yes, because those are the missing items and those are the orders, and even if I am on a day off, when I receive this text, I have to make sure that I have all of the list and I have to recorded them so that I can go to the early morning market next day.
Q So Choi Hye Joo, the store manager, she wasn't the only one sending you text messages or emails on your off day?
A No. Well, these are the same thing. That's an order from other person. Yes, I would receive the emails as well that I receive those on my day off because the next day early morning, I have to go to purchase these.
Q What about not day off, but you went to work but after you were finished with work you came home and received text messages or emails on your off hours as well?
A Yes, I did. And then I have to again put it in the form.
Q And did you get paid for any of those time you spent after work hours?
A No.
Q When Choi Hye Joo sent these text messages to

you, did she know that you were off on those days?
MS. GOLAN: Objection. Calls for speculation.
BY MR. KIM:
Q Go ahead and answer.
A Yes. Oh, yes. If the text messages or the order come in on this day on my day off, then I have to take care of that and then go to the early morning market next day.
MR. KIM: Can you read back the answer.
(Answer read.)
MR. KIM: I have nothing further.

FURTHER EXAMINATION

BY MS. GOLAN:
Q Okay. So Mr. Lee this line of questioning, you have an independent recollection of receiving the text message from Ms. Choi at 6:54 on May 14, 2015?
A Well, I cannot remember, but I can see the phone, then it will be in my phone.
Q Okay. But you testified that when you received this text message, you then updated the order form. And I am asking if you have an independent recollection of doing that.
A Can you repeat?
Q He was asked when he received this text message,

does he have an independent recollection of updating the order form after receiving this text at 6:54 on May 14th?

A Yes. When I receive it, I would have to record it right away.

Q But this one. You have an independent recollection of updating the order form after receiving this text message?

A Well, I can't because it's been a while. Time has past. I know that I take care of it right away, that's my practice. But I cannot say whether I took care of this particular one right away.

Q Okay. Did anyone ever see you update the order form after receiving a text message?

A No. Because I did it at home.

Q And your wife or your ex-wife and your son didn't see you update the form?

A Well, because at that time -- well, they don't really pay attention to what I do for my work.

Q What was that?

A Sometimes if you look at this, this came the morning of 7:00 so they either send this text that morning.

Q It looks like you sent the text at 7:00 a.m.

A Oh, yes. That's the one that I sent, okay.

Q How long did it take you to update the --
A The other two I received.
Q How long did it take you to update the order form?
A Well, it's about 10 to 15 minutes, but I have to take care of this one and that one. You can just say ten minutes.
Q Did you produce every email and text message which you allege you received when you were not at work?
A Yes. When I was taking care of the email order, it takes two hours.
Q That wasn't my question. My question was, did you provide your attorney to produce to me every email or text message you received when you were not at work?
A Maybe not all of them, but whatever that I had, I sent it to my lawyer.
Q Which ones did you exclude?
A I can't recall, whatever. I don't have it on my phone. I could send it, but if I had it, I sent it all the ones that I had.
MS. GOLAN: All right. So you were going to go through the pile of documents that he had and figure out what hasn't been produced and provide those to me within 14 days. And you're going to pull out his email and

produce all of the text messages you have or pull out of his phone and pull out text messages he still has and forensically --

MR. KIM: I am going to get it from him. It looks like you guys will have to do the same because the store manager this Hye Joo Choi, apparently she sent messages from her phone, so obviously she'll need to produce. And then whoever sent emails at all of the other store managers, it looks like they frequently sent emails to him.

MS. GOLAN: I don't think you are asking for all of the store managers though. So if you want to issue addition discovery, you can do that. Do you want to explain signature?

MR. KIM: We'll reserve signature.

* * * * * * * *

(Ending time: 2:56 p.m.)

REPORTER'S CERTIFICATE

The within and foregoing statement of the witness, BUN HOON LEE, was taken before DEANNA L. TUFANO, CSR, and Notary Public, at 70 West Madison Street, Suite 1500, in the City of Chicago, Cook County, Illinois, at 10:00 o'clock a.m. on the 22nd of May, A.D., 2019.

The said witness was first duly sworn and was then examined upon oral interrogatories; and the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, correct, and accurate record of all of the questions asked of and answers made by the said witness, BUM HOON LEE, at the time and place hereinabove referred to.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature and seal as Notary Public in and for Cook County, Illinois on this 8th Day of July, A.D. 2019.

RealLegal Notary for E-Transcript

Deanna L. Tufano

DEANNA L. TUFANO, CSR,
CSR No. 084-003819
MAGNA LEGAL SERVICES
SEVEN PENN CENTER
1635 MARKET STREET, 8TH FLOOR
PHILADELPHIA, PA 19103
(866) 624-6221

**A**

**able** 10:16 22:19
**Absolutely** 50:2
**access** 55:9,12,16 58:9,12
**account** 55:2,3,17 56:18
**accounting** 56:12
**accurate** 29:15 42:2 79:9 90:12
**accurately** 34:24
**acting** 90:10
**actual** 58:16
**addition** 89:13
**address** 6:5,20,22 7:1,7,11 9:1,3
**age** 6:18
**ago** 8:11
**agree** 7:21 52:4,16
**ahead** 85:1 86:4
**Ahn** 61:20 71:5,7 72:1,8 73:3,5
**allegations** 29:5 33:2
**allege** 18:13 88:9
**alleged** 54:1 70:18
**allegedly** 34:7
**alternate** 25:6
**Amended** 28:20
**America** 18:9
**American** 19:20
**amount** 37:19 50:13,17,24 53:16 54:7 55:24
**Ann** 2:14 4:2 10:14 24:5 82:12
**answer** 4:24 5:6,7 5:21 7:17 13:19 14:1,4 21:2 22:15 32:21,23 34:18 35:4,4,8,12,13 38:24 39:14,19 45:8,22 55:15 72:21 74:3 77:21 77:22 79:19,24 80:1 82:9 85:1 86:4,9,10
**answered** 32:19 53:19
**answering** 5:13,14 20:17,20 34:17
**answers** 4:5 10:15 34:15,21 35:5,6 71:24 74:11 90:9 90:13
**Antonio** 12:16,18 57:7,21 61:2
**anybody** 32:8,11,24 46:23 47:6
**anymore** 7:14 10:8 33:17
**Anytime** 25:5
**anyway** 50:23
**Apartment** 6:6
**apparently** 45:9 89:6
**apple** 61:13,16 62:11
**apples** 62:9,12
**application** 39:4
**appoint** 28:3
**appointment** 21:5
**appreciate** 24:10
**appropriate** 50:13
**April** 17:21 18:14 44:23
**area** 22:18 26:18,18 29:17,21
**arrange** 13:1,14
**arranged** 13:15
**arrive** 16:20
**arrived** 47:8 57:8 66:5
**Asian** 18:2
**asked** 14:2 15:3 20:20 21:1 32:19 35:7 46:14 77:10 77:20 78:5 83:18 86:24 90:12
**asking** 11:12 16:11 29:1,3 39:10 51:23,24 56:2 57:23 60:22 62:12 66:4 67:22 75:8 76:11 81:13 86:21 89:11
**Assi** 17:15,16,19,23 18:1,5 20:5 58:10
**assigned** 22:2 27:16
**assuming** 28:21 60:3
**attention** 75:3 87:18
**attorney** 14:1,15,15 15:4,20 28:21 29:3,5 56:4 88:13
**attorney/client** 29:4
**audibly** 4:24
**August** 50:3 75:21
**authority** 23:9 31:5 31:19 32:15,16 33:8,11 36:13 38:14 42:3 78:15 78:17,19,20
**Avenue** 6:6
**awkward** 7:15
**A-H-N** 61:24
**A-S-S-I** 17:17
**A.D** 90:6,19
**a.m** 1:15 16:8,10,20 48:4 79:13 87:23 90:6

**B**

**B** 3:7 72:21
**back** 12:4 14:5 16:5 23:17 25:4 27:7 27:10 33:12 35:11 35:19 39:8 40:2 57:24 59:4 60:6 62:4 63:18 68:8 68:17 74:14 79:3 79:18,24 80:9 83:13 86:9
**background** 82:13
**bad** 53:5 60:22
**bag** 12:20
**bank** 54:19,20,21 54:22 55:3,6,9,12 55:12,15,17,20 56:1
**based** 51:1
**basically** 82:14
**bathroom** 23:13
**BBCN** 54:20
**began** 18:13
**beginning** 18:24
**behalf** 2:5,10 4:8
**believe** 31:22 42:10 74:19 82:23 83:14
**belong** 22:3
**best** 70:6
**better** 60:12 69:15
**bin** 61:13,14,17 67:5
**bins** 61:15,16
**biometric** 40:16
**bit** 23:19
**BK** 1:6 4:19 6:11 7:3,9,10 9:7,20 11:4,17 14:13 17:13,14,21 18:13 18:16,20,22 19:2 20:4,8,11,14 21:8 22:1,5 23:1 24:13 24:23 25:12 28:2 28:3 32:14 34:12 37:20 40:24 41:17 42:7 48:21,24 49:22 51:11,14 53:7,7 68:13,15 69:24 71:14 73:21 74:20 75:7 78:7 83:16,18,20
**blgolan@gct.law** 2:9
**body** 75:14
**Boo** 8:18 9:9 10:1 11:5 12:8,9,11,14 16:11,15,22 17:6 17:12 71:20
**born** 6:13 8:2,4
**bottom** 75:20,20 84:16
**boxes** 67:4
**break** 5:20,22 23:8 23:10,10,14 26:7 26:8,9 28:12 48:17,19 53:10 68:5
**breakroom** 20:8
**BRIANNA** 2:7
**Brief** 28:14 63:17
**brought** 15:8
**building** 57:4
**buildings** 57:5
**Bum** 1:3,9 3:3 4:7 4:18,19 90:13
**BUN** 90:3
**butcher** 69:15
**buy** 9:17 79:20
**B-B-C-N** 54:24
**B-O-O** 8:20,22
**B-U-M** 4:14

**C**

**C** 2:1
**calculate** 50:11 74:21
**call** 33:18 41:22 42:12
**called** 4:3,8 12:16 33:13 34:7,8 36:1 36:1 69:4
**Calls** 86:2
**car** 47:10
**care** 13:9 25:16 32:10 45:6 73:18 86:7 87:9,10 88:6 88:10
**carefully** 13:19
**carrots** 67:6
**carry** 47:10
**case** 4:21 29:12 90:16
**cash** 55:8
**cell** 58:17,19 59:2 59:15

**center** 10:23,24 11:2,8,18,19,24 13:13 14:24 47:19 56:13,15 57:3,8 66:8 75:17 90:22
**cents** 49:2,7,8 54:2 54:4
**CEO** 33:20 34:10
**certain** 22:14 51:4 51:4
**CERTIFICATE** 90:1
**certification** 82:21 82:23,24
**certified** 1:13 82:19 82:22 83:1
**chain** 59:13 62:7
**chance** 10:17
**Chang** 69:8,16,17 72:1,7 73:3
**change** 26:1,5 49:1 57:4 58:14
**changed** 11:19,23 11:24 43:24 44:19 54:21 55:8 56:23 58:20 70:9 71:16
**changing** 32:21
**check** 26:6 31:10 54:6,11,22 55:2,3 56:1,5,10 84:11
**checked** 77:7,7
**checking** 31:20
**checks** 54:10,14 55:21,23 56:14
**Chicago** 2:8 12:16 90:5
**children** 8:1
**Chinese** 12:17
**Cho** 26:20 27:18,20 27:21,24 28:3,4 29:16,21,24 30:21 31:10 32:8 37:20 38:2,3,6,11 70:18 70:18 72:11,19,22
**Choi** 1:7 4:20 23:2 23:4 24:24 25:6,9 25:11 26:6,11,15 27:3,21,23 28:7 29:9,14,18,20,23 30:4,7,10,21,21 31:5,13,19 32:1,6 32:13 33:10,13,16 34:7 35:15,23 36:13,18 37:13,16 37:21 38:4,7,12 38:13 39:4 41:3 41:11 42:4,11,14 44:5,7 45:4 48:13 68:16 74:3,17,18 75:13 76:6 78:21 79:10 85:8,24 86:16 89:6
**Chong** 69:17
**Choon** 73:16
**CHRISTIE** 2:7
**Chung** 69:17
**circuit** 24:7
**City** 90:5
**Civil** 1:10
**claiming** 35:19
**clarification** 5:17 25:5
**clarify** 10:3,20 11:12 20:18 22:15 72:17 77:17 80:23
**clean** 22:18 42:18
**clear** 5:24 11:11 29:1 32:23 41:13 67:7 69:14
**client** 13:18
**clock** 26:12,13 41:18,20 42:2,6 42:11,14,22 45:19 45:23 46:3,5,15
**clocked** 46:6
**close** 10:9 16:10
**closed** 45:21 46:8 47:3
**Code** 1:10
**collect** 70:7,12
**collected** 69:22
**collects** 70:9
**college** 8:8,10
**come** 18:9 27:7 33:15,17,18 34:8 34:11 35:19 36:2 36:10 39:11 41:20 42:15,23 86:6
**comes** 41:6 52:2 73:8
**coming** 34:10
**common** 20:13
**communications** 14:13
**company** 18:8 33:20
**complaint** 28:20 29:6 54:1
**complete** 66:2,3
**completely** 5:21
**complies** 57:16
**computer** 41:1 59:3 60:2
**concerned** 38:13
**condition** 57:22 60:22
**confirm** 15:20
**confuse** 7:18
**confusing** 30:22
**confusion** 5:15 30:20,22
**consider** 54:4
**consist** 12:12
**consult** 26:10
**contact** 70:4 71:17 71:18 72:7
**content** 19:16 29:2
**context** 59:6
**continue** 11:13 45:5
**continued** 34:12
**conversation** 72:9 73:6,10
**conversations** 29:2 36:12
**Cook** 82:16 90:5,18
**copy** 64:3
**correct** 7:13 18:14 21:23 25:21 29:20 30:5 32:6 35:24 40:4 49:23 50:22 50:23 52:9,10,10 52:12 58:1 62:14 75:18 78:9 79:11 79:14 80:9 90:11
**correctly** 42:16 43:7
**counsel** 21:1 83:14 83:15,15,18,20 90:16
**County** 82:16 90:5 90:18
**couple** 4:23
**course** 16:2 31:7,15 31:21 39:16
**court** 1:1,11 7:19 54:23 60:4 82:16 82:17 83:5
**courts** 82:20
**covered** 29:4
**credential** 83:3
**credit** 57:23 61:5
**credits** 60:22
**CSR** 2:12 90:4,20 90:21
**current** 12:5 16:5
**currently** 7:2 8:15
**cut** 63:22
**cuts** 59:8
**CV** 4:21
**C-H-O** 26:23
**C-H-O-I** 23:4
**C.S.R** 1:23

**D**

**D** 3:1
**Dae** 61:20,20 71:5 71:7,11,12 72:8 73:3,5
**Database** 82:16
**date** 75:17
**dates** 59:8
**daughter** 8:3
**day** 18:22 33:18,20 34:9,10 36:2 41:18 43:19 44:12 44:21 46:24 47:1 47:4 76:5,7,8 77:2 79:14,22 80:9,18 80:24 81:2,8,14 84:21 85:3,4,7,10 85:13,14,15 86:6 86:6,8 90:19
**days** 15:24 16:17 16:22,24 17:10,11 45:15,18 46:6,15 51:14,16 59:20 86:1 88:24
**Deanna** 1:13,23 2:12 90:3,20
**December** 9:5 17:20 18:24
**decide** 30:13
**decided** 14:24 30:13
**deemed** 36:23
**defendant** 4:8 25:6 25:7 29:9,11
**Defendants** 1:8 2:10
**Defendant's** 28:17 75:4 83:13
**delegate** 22:4
**delegated** 21:16
**Dempster** 2:3
**department** 18:16 19:20,22 21:13,18 22:4,14,17 23:7 23:24 24:3,15,20 25:17 28:8 32:5 32:11 33:19 38:22 39:3 56:13 82:18 83:4
**depending** 46:24
**depends** 59:22
**deposed** 6:3 7:21
**deposited** 55:2,6
**deposition** 1:9 4:18 46:16
**depositions** 1:12

**deposits** 56:3
**Des** 2:3
**describe** 84:9
**description** 19:1 21:1,3,7
**descriptions** 20:2
**designated** 22:14
**destroyed** 60:13
**destroys** 59:24
**detail** 84:9
**determine** 22:1 23:9 38:14
**determined** 22:21 22:22 37:15,16,18 37:19 38:6,11
**determines** 37:21 37:23 39:5
**different** 6:23 13:12 20:18,21 21:15 23:6 24:6 57:5 70:7
**direct** 34:19 75:3
**directed** 72:15 73:1
**direction** 26:18 44:10
**directive** 43:15 44:3,4,6,11
**directly** 34:16 35:2
**disagree** 51:22
**discard** 64:17
**discovery** 1:9,13 4:17 89:13
**discussion** 25:2 62:2
**dispute** 49:20
**distribution** 10:23 10:24 11:2,7,18 11:19,23 13:13 14:23 47:19 56:13 56:15 57:3,8 66:7
**District** 1:1,1 4:21
**DIVISION** 1:2
**divorce** 6:22 7:5
**divorced** 7:24
**document** 14:10 28:18 49:16,18 57:17,19,20 61:11 62:22 65:7,23 66:1,23 67:1,19 68:12,24
**documents** 12:22 12:23 13:2,11 14:14,15,17,19 15:4,5,8,13,16,20 15:21 88:22
**doing** 19:6 33:14 41:14 43:6 52:22 86:22
**duly** 4:9 90:7
**duties** 9:15,20 12:6 12:11,12 20:13 21:2,3,8,10 24:12 24:14,19
**D-A-E** 61:22 71:11 71:12

**E**

**E** 2:1,1 3:1,7
**earlier** 24:16 57:1 71:9 72:14
**early** 9:16,22,24 10:6,8,22 11:1,6 11:16 16:7,9,14 16:18,23 17:3,3 24:21 27:6 33:13 44:20,22 45:3,13 45:15,18,24 46:4 46:7,18,21 47:3 48:14 50:22 57:2 57:6 70:8 74:1 85:2,7,14 86:7
**earning** 49:21 51:19 52:23,24 53:6 54:8,9
**earnings** 53:8
**East** 2:3
**EASTERN** 1:2
**education** 18:11
**eight** 67:5
**either** 31:13,16 32:23 47:1 49:3 61:3 71:11 83:2 87:21
**else's** 40:3
**email** 13:5,6,12 14:18 15:1,9 59:16 70:11,15 77:3,5,7 88:8,10 88:13,24
**emailed** 58:24,24
**emails** 15:14 77:2 85:9,12,17 89:8,9
**employed** 8:15
**employee** 17:5 19:8 20:8 36:21,24 37:1,6,13 38:17 38:19 39:6 40:6 41:6,22 69:22
**employees** 20:14 21:16,19 22:1,5 22:19 23:6,23 24:2 26:5 36:15 36:17 37:14,22 38:13 39:3,5 41:19 56:19 78:9
**employee's** 38:8 40:8
**employment** 18:22 31:6
**engage** 34:21
**English** 4:4,5 5:10 5:13 19:14,15 23:19 28:19
**entail** 21:14
**entire** 5:5,7 20:10 48:24 51:11
**equivalent** 19:20
**Eu** 74:3,17,18
**Eun** 66:12
**everybody** 32:14 32:23
**everyday** 51:10,11
**evidence** 60:13
**exact** 9:1,3 10:7 52:14 71:1
**exactly** 11:10 12:2 19:13,16 42:20 59:12 61:20 71:3
**Examination** 3:4,5 4:11 75:1 79:1 83:11 86:12
**examined** 4:9 90:8
**example** 36:16,20 37:10 38:19 52:19 53:2 64:13
**examples** 39:10
**exchange** 60:18 65:12
**exchanged** 67:8
**exclude** 88:17
**excuses** 36:22
**Exhibit** 3:10,11,12 3:13,14,15,16,17 3:18,19,20,21 28:9,10,17 49:11 49:12,15 57:10,11 57:14 61:6,7,10 62:16,17,20 65:1 65:2,5,17,18,21 66:17,18,22 67:13 67:14,18 68:2,3 68:10,18,19,23 69:10,11 72:21 75:4 79:3 83:13
**expenses** 54:2 56:8
**explain** 10:12,13 13:22 32:3 56:16 74:7,9 75:5,11 89:14
**explained** 29:7 80:16
**explaining** 81:15 81:17
**extent** 16:1
**ex-wife** 87:15
**E-U-N** 66:15

**F**

**fact** 9:21
**falls** 47:1
**far** 38:12
**fashion** 8:9
**fax** 13:7,10,16,16 14:9,21,23 15:11 15:12 62:23 63:7 63:8,9 64:5,12,20 64:20,22 65:14 70:11 80:17 81:3 81:4,8,10
**faxes** 64:16,19,23
**federal** 2:14 60:4 82:15,19
**feel** 5:18 20:20 82:10
**feeling** 20:17
**Female** 25:10
**figure** 88:22
**filed** 28:21
**fill** 47:9 79:6
**finalize** 56:20
**find** 32:7,9 38:5 41:21 56:3
**fine** 5:21 11:14 29:12 30:1,8
**finger** 40:13
**finish** 16:20 47:9
**finished** 7:16 85:16
**fire** 31:11,13,16,20 32:23,24 35:15 36:13 78:15
**fired** 31:24 33:15 33:16 34:8 35:19 36:1,4,9,24 37:1,7 37:13 71:1,2,4 78:13
**firing** 32:14
**first** 4:9 10:14 14:17 18:9 26:22 28:20 37:20 55:11 67:3,11 71:10 79:8 84:11 90:7
**five** 22:8,9 23:14 51:4,6 78:8
**flipped** 71:11
**FLOOR** 90:22
**flower** 67:6
**fluctuate** 22:7 51:1
**follow** 40:7
**followed** 48:2,4
**following** 27:1

**follows** 4:10
**follow-up** 46:10 83:9
**foregoing** 90:2,11
**forensic** 79:9
**forensically** 59:2 89:3
**forget** 42:6,14,22
**forgot** 41:18,19 42:11,13
**form** 63:11,12,12 63:14,22 64:6,10 69:2 80:17 81:10 81:16,20 82:1 84:12,14 85:20 86:20 87:2,6,13 87:16 88:4
**forms** 63:21,23
**forth** 59:4 60:6 68:17
**forward** 59:24
**forwarding** 59:23
**found** 32:8 38:4 58:17
**four** 8:11 22:7,9 78:8
**free** 5:18
**freelance** 82:14
**frequently** 89:9
**fresh** 21:20,22 25:24 26:2
**Friday** 45:14 76:12
**front** 38:16 40:21
**fruit** 22:2 26:2,3 60:19,19
**fruits** 12:19 21:20 22:11 23:24
**full** 4:13 7:16
**further** 74:23 78:22 79:1 83:11 86:11 86:12

**G**

**G** 12:3
**GBK** 11:20,22,24 12:1 56:18,21 57:4 66:9,10 71:16
**general** 22:23,24 25:23 63:5,6
**getting** 6:22 77:19 77:23 78:1,2,3,5 82:3
**give** 10:15 36:16,20 37:1,5 38:19 49:9 64:3 83:4
**given** 37:10 42:1
**giving** 34:15
**Glenview** 9:1 13:7 14:21
**go** 4:22 8:8,10 9:16 9:21,24 10:8 11:6 11:16,18 16:7,9,9 16:14,18,23 17:2 17:3 22:20 23:10 24:16 25:1 27:6 37:6 44:19,21 45:13 46:4,18,21 47:1,4 48:13 53:15 57:2 61:2 62:1,10 73:24 74:14 76:12 77:16 79:5,18 80:18 81:5 83:13 85:1,2 85:7,14 86:4,7 88:21
**going** 4:22 5:12 6:17 10:6,13,16 10:19 11:1,2,7,11 11:12 12:4 13:18 13:20 15:19 16:5 16:19 24:21 26:21 27:1 30:6 32:18 33:20 35:10 39:6 40:2,6 45:4,8 47:6 55:14,16 57:3 62:10 68:17 69:8 73:15 81:8 88:21 88:24 89:4
**Golan** 2:7,7 3:4 4:12,17 7:23 8:21 10:4,10 11:3,14 11:21 13:20,23 14:5,11 15:24 16:3,4 17:18 21:6 23:14,17,18 24:5 24:11 25:1,4,8 27:10,15 28:9,12 28:15,24 30:3,8 30:12 31:2,4 32:21 33:7 34:3,5 34:23 35:9,14,18 35:22 39:1,8,12 41:14,16 42:18 43:3 44:24 45:8 45:10 46:10,14,20 47:20 48:6,12,16 48:20 49:11,14 55:1 57:10,13 58:22 59:13,19,24 60:12,14 61:6,9 62:4,5,16,19 63:15,18,24 65:1 65:4,17,20 66:17 66:20 67:13,16 68:2,6,8,9,18,21 69:13,19,20 71:13 72:19,23 73:2 74:9,14,16,23 79:2 80:4,13 82:6 82:8,10,19 83:6,8 83:15,24 84:22 86:2,13 88:21 89:11
**good** 6:17 57:22 61:21
**graduate** 8:12
**Grand** 12:3
**GREEN** 2:14 4:2
**grocery** 18:3 36:17
**gross** 50:8
**ground** 4:23
**guess** 54:3 75:23 76:16
**guy** 58:8
**guys** 89:5

**H**

**H** 3:7 11:1 12:8,24 47:10 55:5 56:21 56:23 58:10 63:13 69:22,24 70:1,22 71:14,15,15 83:14 83:15 84:12
**half** 63:22
**hand** 40:14,14,18 64:4 84:19
**handle** 41:15
**hands** 40:18
**happened** 30:15 35:21
**happens** 41:21
**happy** 82:4
**hard** 64:3
**head** 4:24 5:1
**hereinabove** 90:14
**High** 18:12
**highest** 18:11
**hire** 29:20 31:6,11 31:13,16,20 32:6 32:8,12,23,24 36:13 38:16 39:5 78:11,15
**hired** 20:5 28:2,3 29:9,14,17,22 31:23 32:1 44:13 70:18 83:2
**hiring** 32:13
**home** 6:5,8,10 8:6 46:1 76:19 77:7 85:16 87:14
**Hoon** 1:3,9 3:3 4:7 4:19,19 90:3,13
**Hope** 54:21 55:7,15 55:17
**Hope's** 55:12
**hour** 17:8 27:6 44:1 44:1,1,10,10 48:22 49:4,7
**hourly** 17:5,7 37:24 78:18
**hours** 16:6 22:21 26:15,24 27:3,5 27:18,20,22,23 30:4 33:1 37:17 37:21 38:6,12,17 39:5 40:6 42:16 43:1,16,17,18,19 43:20 44:12,13,14 44:21,22 51:5,5,6 51:8,8,8,9,10,10 51:17,20,20,21 52:1,2,3,15,16,20 53:3,13,22 72:2,6 72:8,10,12,15 73:4,7,9,13 78:18 79:22 85:17,22 88:11
**house** 6:19,21,23 7:6
**Hu** 60:17,19
**Hung** 63:3
**Hye** 1:6 4:20 23:2 24:24 25:6,9 29:9 29:14 30:21 33:13 37:16,21 38:4,12 39:4 41:3,11 42:4 42:14 44:5 45:4 68:16 75:13 76:6 78:21 85:8,24 89:6
**Hyn** 73:3
**Hyun** 69:8,16,17 72:7
**H-A-E** 23:4 25:6
**H-O-O-N** 4:14
**H-Y-E** 25:7

**I**

**ID** 41:8,9
**identified** 69:7 70:17
**IL** 2:3
**Illinois** 1:1,11,14 2:8 4:21 6:7 26:19 26:19 29:17,21 38:3 70:20 72:20 90:5,18
**image** 79:9
**imagine** 81:11

**immediately** 79:4
**important** 4:23 5:4
**included** 54:8
**includes** 24:21
**incorrectly** 30:23
**incrementally** 49:5
**increments** 49:2
**independent** 73:12 86:15,21 87:1,5
**indicating** 64:6 66:14 79:23
**individual** 70:17 71:8
**individual's** 66:11
**information** 41:7,8 41:23 59:1,7 61:1 73:8
**initiated** 29:13
**INSEED** 2:2
**instance** 43:12
**instruct** 13:18 23:6 25:14,16,21 26:1 26:4
**instructed** 14:12 27:18
**interested** 90:15
**interject** 20:19
**interpret** 4:3
**interpretation** 11:10
**interpreted** 80:21 81:18 82:2
**interpreter** 2:14,14 4:1,3 7:16 8:20 10:3,20 11:9 13:24 17:17 24:8 30:1,6 34:15 35:5 38:23 41:13 61:22 66:15 78:1,3 80:22 81:2,7,19 82:14,15,17,21 83:1,4,5
**Interpreter's** 82:16 82:18
**interrogatories** 71:24 74:4 90:8
**interrogatory** 74:10
**interrupt** 7:20
**interview** 28:5
**interviewed** 38:5
**introduced** 28:6 29:18
**inventory** 43:7,10 43:21
**invoice** 47:18,21
**issue** 83:10 89:12
**items** 63:8 67:21 68:14 75:8 76:9 76:11 77:4,4 80:7 80:19 84:13,17,18 85:4

**J**

**Jaen** 72:8
**January** 44:23
**Jap** 57:7
**Jean** 61:20,20 71:5 71:7,11,12 73:3,5
**job** 9:6,15 12:6,11 16:5,11 17:13,14 17:23 19:1 20:7 20:13 21:1,2,2,3,7 21:10,18 24:12 29:19 41:14,15 70:6
**jobs** 20:2
**Joo** 1:7 4:20 23:2 24:24 25:6,9 29:9 29:14 33:13 37:16 37:21 38:4,12 39:4 41:3,11 42:5 42:15 44:5 45:4 68:16 75:13 76:6 78:21 85:8,24 89:6
**Joon** 30:21
**Joong** 8:18 9:9 10:1 11:5 12:7,9,11,13 16:11,14,22 17:5 17:12 71:20
**July** 76:15 90:19
**Jung** 69:8,16 72:7 73:3
**J-A-E** 61:23
**J-E-A-N** 71:12,12
**J-I-N** 61:23,23
**J-O-O** 23:5
**J-O-O-N-G** 8:20,22

**K**

**keep** 11:12 39:22 64:7,7,18 68:17
**keeping** 40:3
**keeps** 30:19 46:14
**Ki** 68:1
**Kim** 2:2 3:5 7:22 13:18,22,23 16:1 17:16 20:17,24 23:13,15 28:13,23 29:23 30:19 32:18 34:1,14 35:1,16 42:17,20 46:9,12 46:16 48:9,18 54:24 59:11,18,21 60:9 62:1 68:5 69:18 71:10 72:17 72:21 74:7,12,24 75:2 77:21,23 78:2,6,22 79:24 80:20,24 81:5,13 81:23 82:5 83:7,9 83:12,17 84:4,24 86:3,9,11 89:4,15
**kin** 90:16
**kind** 18:1 24:7 35:4
**know** 7:15 12:1,2,2 22:17 31:12 32:9 32:11,15,16 35:1 35:10 36:13 37:12 37:15 38:15,20 39:16,20 42:21 44:9 48:9,9 50:12 51:23 52:19 53:12 55:14,15,24 56:16 56:22 59:6,6,12 59:14,14 60:3,7 62:8 63:15 65:12 65:15 66:6 71:3 72:4,5,6,8,11 73:3 73:5 74:5,6,15,17 74:18,19 81:19,21 86:1 87:9
**knowledge** 70:6 72:1 73:12
**known** 4:15
**knows** 72:3,24
**Korea** 6:14 18:6,7
**Korean** 4:4,5 5:14 13:22 19:14,15 29:6 30:7 77:14 83:1
**Koreans** 82:24
**Kwan** 26:20 70:18 72:11,19,22
**Kwang** 69:4
**Kwany** 19:12
**Kyu** 74:3,17,18
**Kyung** 66:12
**K-I** 68:1
**K-W-A-N** 26:22
**K-W-A-N-G** 69:4
**K-Y-U-N-G** 66:16

**L**

**L** 1:13,23 2:7,12 90:3,20
**LA** 61:14 62:10
**language** 82:13
**languages** 82:23
**LAW** 2:2
**lawsuit** 28:21 29:13
**lawyer** 88:16
**leader** 17:24 19:4,5 19:10,17,24 20:15 32:4 38:4,5
**leaders** 32:6
**leave** 16:24 17:1 22:20 27:9 42:24 45:4,7 46:1 77:20 78:5
**leaves** 67:5
**Lee** 1:3,9 3:3 4:7,13 4:19,19 6:3 10:11 15:2 62:12 66:12 66:16 69:4 75:3 83:18 86:14 90:3 90:13
**left** 6:21,23 7:6 9:6 49:3 58:10
**LEGAL** 1:20 90:21
**lemongrass** 67:4
**let's** 28:9 57:10 83:13
**level** 18:11
**liberty** 26:21 66:15
**LICENSE** 2:12
**line** 19:15 67:3,4 86:14
**list** 80:18 82:18 84:17 85:6
**listen** 13:18 14:3
**litigation** 13:3 70:2 71:22
**little** 23:19 52:3 79:9
**live** 6:22,23 7:4,14 8:6
**lived** 7:10 8:8
**lives** 6:8,20
**living** 6:10 7:2,2,8 7:12
**loaded** 66:3
**located** 8:24 40:20
**long** 10:15 20:23 63:22 88:1,3
**longer** 10:22 35:10 36:8 63:4 70:21 73:19
**look** 6:17 20:3 50:1 52:8,11 54:18 57:15 58:17 60:9 74:14 75:5 80:24 81:6 87:20
**looked** 81:14
**looking** 75:6,11 79:3 81:17,24
**looks** 25:19 33:19 49:19 58:4 75:17 75:21,23 87:23

89:4,9
**loose** 67:6
**lot** 34:14 36:22 60:3
**luck** 61:21
**lunch** 44:1,1,10 48:17,19
**lunchroom** 19:8 20:14
**L-E-E** 4:14 66:16 69:5

**M**

**machine** 26:12 40:17,19,20 41:5 41:8,24 42:3 45:20 46:17,19 64:20,22
**Madison** 1:15 2:8 90:4
**MAGNA** 1:20 90:21
**mail** 44:5 46:24 70:13,14
**making** 32:18,19 36:22
**man** 25:9 69:4,4
**manage** 12:13 22:17 24:3,14,20 32:4
**managed** 10:24
**management** 25:23
**manager** 9:11,22 12:10 18:18 19:18 19:20,22 20:5 21:11,12 22:23,24 24:13 26:18,19 29:21 32:2,17 38:3 40:5,6 41:1,2 41:6,21,22 42:4 58:5 60:16 61:12 61:19 63:5,6 64:9 67:3,9,20,21 68:13,15 69:1,3 70:20 71:6,7 72:20 73:1 75:8 75:13 78:21 83:19 85:8 89:6
**managerial** 24:1
**managers** 89:9,12
**Managing** 21:13
**manipulate** 84:2
**manner** 58:22 59:2 60:7
**manually** 41:23
**mark** 28:9 49:11 57:10 69:10
**marked** 3:8 28:10 28:16 49:12,15 57:11,14 61:7,10 62:17,20 65:2,5 65:18,21 66:18,21 67:14,17 68:3,10 68:19,22 69:11
**market** 8:18,20 9:10,13,17,22 10:1,1,6,8,23 11:1 11:5,6,17 13:1 16:7,9,12,14,15 16:18,23,23,24 17:3,4,6,13 19:4 24:17,21 25:20 27:1,7 33:6,13 37:16,21 43:12 44:20,22 45:3,6 45:13,16,18,24 46:4,7,17,18,22 47:3,5,7,8,15,17 48:14 50:23 57:2 57:6 67:9 70:8 71:20 74:1 76:10 76:12 77:3 81:1,5 81:16,24 85:3,7 86:7 90:22
**markets** 13:7 14:21 18:2
**Mart** 11:1 12:8,24 47:10 55:5 56:21 56:23 58:10 63:13 69:22,24 70:1,22 71:14,15,15 83:14 83:15 84:12
**math** 52:2
**matter** 4:19 59:23
**mean** 9:19 16:1 21:17 25:18,22 45:21 59:8 60:9 69:17 79:23 81:11 81:21
**meaning** 4:24 59:2
**means** 29:13 32:3
**medidata** 59:4 60:1 60:6
**memo** 62:14
**Memorial** 46:24 47:1,4
**memory** 50:22
**mentioned** 56:17 83:21
**merchandise** 43:13 57:9,21 73:18
**message** 58:1,9,13 58:23 59:17 62:6 62:7,13,24 63:1,2 63:2 76:2 79:4,18 84:6,10 86:16,20 86:24 87:7,13 88:8,14
**messages** 59:9 60:5 67:8 69:6 75:15 75:18 76:6,9,20 76:23 77:1,7 83:19,21 85:9,17 85:24 86:5 89:1,2 89:6
**met** 28:4
**middle** 20:19
**mile** 54:2
**mileage** 56:9
**Milwaukee** 6:6 7:1 7:7 8:6 9:2
**minute** 23:14 57:15
**minutes** 44:2 88:5,7
**mischaracterizing** 35:16
**miscommunication** 46:13
**missed** 75:8
**missing** 67:21 77:4 80:7 85:3
**mistake** 11:10
**Monday** 45:14
**Mong** 60:17,19
**month** 10:7
**Moon** 63:3
**morning** 9:16,22,24 10:23 11:1,6,17 16:7,9,19 17:3,4 24:17,21 27:6,14 33:13 44:20,22 45:3,13,15,18,24 46:4,7,18,22 47:3 48:14 50:23 57:2 57:6 70:8 74:1 85:2,7,14 86:7 87:21,22
**move** 6:19
**Murano** 12:16,18 57:7,21 61:2
**M-A-N** 69:5

**N**

**N** 2:1 3:1
**name** 4:13 11:19,23 11:24 19:11,11,15 19:19,22,24 23:4 26:19,22,22,23 37:1,2 39:11,17 39:18 48:11 54:20 54:21 56:23 57:4 60:15 61:18,23 66:11,16 67:10,11 67:12,24 71:7,10 71:16 75:10 82:15 82:17
**names** 4:15 31:18 37:5 39:20 69:15
**Naperville** 13:8 14:20 57:23 58:5 60:15
**Naperville's** 84:15
**narrow** 34:3
**necessarily** 71:18 79:7,16
**need** 5:17,20 10:15 11:10 36:2,6,7 59:9 74:9 89:7
**needed** 61:15 63:8
**needs** 41:8,9
**net** 50:9
**never** 43:4 45:11,14 45:16 46:6
**new** 8:9 20:14,15 44:4 58:20
**nice** 33:20
**Niles** 6:7 8:7 13:7 14:20 67:2,9 84:14
**nod** 4:24
**non-responsive** 34:15,18,21 35:3
**normal** 79:22
**North** 6:6 7:7
**Northern** 1:1 4:21
**Notary** 90:4,10,17
**notice** 4:18 21:5
**notified** 22:22 36:18 38:11 39:7
**notify** 33:17
**November** 18:10
**number** 3:9 4:21 41:9,9 58:3,4,14 58:15,16 65:9,13 66:13 74:3,7
**numbers** 22:7

**O**

**objection** 32:20 34:1 35:16 51:24 51:24 84:22 86:2
**objections** 32:19
**observed** 36:15
**obtain** 55:19
**obviously** 89:7
**October** 14:22
**office** 15:17,22 40:21,22,23,24 64:22
**official** 90:17
**oh** 78:3 81:13 86:5 87:24

**okay** 5:12,17,20 7:1 7:7,12,24 8:10,24 9:9 10:4,11 12:4 15:2 16:14 17:12 19:21 20:1,10 22:1,19 23:12,23 24:23 28:2,13,20 29:8 31:5,10 32:18 34:14 36:8 37:12 39:1 40:20 41:17 42:6,18 43:4 44:3 48:13 49:20,24 50:19 52:23 53:21 55:6 57:1,10,24 59:18 59:19 61:18 64:13 66:1 69:6,21 71:5 74:3,22 75:14 77:6 78:17 80:20 83:6 84:9 86:14 86:19 87:12,24
**old** 58:17,19 62:15
**older** 77:15,18
**ones** 13:4,8 15:11 21:20,21,22 56:14 88:17,20
**opened** 14:21
**opportunity** 42:1
**opposing** 20:24
**oral** 90:8
**order** 12:24 13:14 14:8 21:24 47:9,9 47:12 48:4 56:8 57:8 62:23 63:2,5 63:8,11 64:10 65:8 66:2 67:21 69:2,3,23 79:5,15 80:17,18 81:4 84:11,12,13,14,18 85:12 86:5,20 87:2,6,12 88:3,10
**ordered** 27:21,24 76:9 84:17
**ordering** 24:4 47:12
**orders** 13:1 14:21 14:23 63:7,10 70:7,9,12 79:6 84:7,15 85:4
**oversaw** 23:7
**overtime** 43:2,5,8,9 43:14,14,18,23,23 44:23 45:12,14,17 50:16,19 51:2,3,5 51:6,8,20
**owed** 74:19
**o'clock** 90:6

**P**

**P** 2:1,1
**PA** 90:23
**page** 3:2 29:8 69:18 69:19 72:21 73:15
**paid** 17:8 37:15,22 37:24 43:4,20,22 44:12 45:14,16 48:22 50:6,14,16 50:16,19 52:21 53:2,13,17,23 76:13 77:6 85:21
**paper** 12:24 14:9 19:23 52:9 64:6 79:21 80:12,17 84:7,12
**papers** 13:5,10,15 13:17 15:12
**Paragraph** 29:8
**paraphrase** 24:9 29:13 83:24
**paraphrasing** 35:24
**Park** 67:11,12 73:16
**part** 54:10 55:11 62:8
**particular** 87:11
**parties** 90:16
**password** 41:9
**pay** 37:17,18 43:2 49:1,21 50:3,8,9 51:1,2,21 52:8 77:10 87:18
**paycheck** 54:6
**paychecks** 54:11
**payment** 49:19,23 50:18,23 52:6,10 56:20 77:15
**pays** 52:15
**pending** 4:20 5:22 7:18 63:16
**PENN** 90:22
**people** 22:8,10 31:20,23 36:14 72:6
**people's** 20:2
**period** 45:11 49:21 50:3,3,8 51:2,21 52:3,8,14,16 53:13
**permission** 26:13
**person** 28:4 37:2 38:20,21 39:7,17 62:12 66:4,6,7 72:3,3,5,17 74:18 77:15,18 85:12
**personal** 55:9
**pertaining** 1:12 57:22
**PHILADELPHIA** 90:23
**phone** 58:4,13,15 58:16,17,19 59:2 59:11,16,23 60:1 62:14,15 65:13 66:13 81:1,6,17 81:24 86:17,18 88:19 89:2,7
**phonetic** 12:17 19:12 48:8 60:17 63:3 69:17
**photo** 58:23 59:14
**photograph** 59:15
**physically** 7:12 11:11
**pick** 24:6 70:8 76:11
**picture** 60:18,23 61:3 63:9 64:4
**pictures** 64:10
**pile** 88:22
**place** 6:23 33:22 90:14
**places** 57:7
**Plaines** 2:3
**plaintiff** 1:4 2:5 4:18 29:9,11,12
**Plaza** 17:15,16,19 17:23 18:1,5 58:11
**pleadings** 33:1
**please** 4:13 5:18 34:10 67:3
**plug** 59:3 60:1
**Pock** 48:8
**point** 37:8
**policy** 41:17 43:24 77:19
**portion** 81:18,23 82:1,3
**position** 43:4 73:20
**post** 19:5,19 20:13 20:16
**posted** 19:3,8 20:7 20:10 21:1,3,8
**posting** 19:17
**postings** 20:1,7
**potato** 67:5
**pounds** 67:5,6
**power** 43:12
**practice** 20:13 27:1 47:13 87:10
**predecessor** 47:13 48:3,3,7 73:17
**prepare** 14:19
**prepared** 63:11
**president** 19:12,23
**pretty** 7:19 27:5
**prevent** 30:20,22
**previously** 36:4 55:22
**price** 21:21,23
**privilege** 29:4
**problem** 43:11,22 60:10 81:18,23
**Procedure** 1:10
**procedures** 6:1
**produce** 9:11,17 12:10,12,15,18,19 14:15 15:4,24 18:18,18 19:10,18 20:5 21:11,12,13 21:15,18,24 22:3 22:17 23:7,24 24:12 25:16,19,24 27:1 28:7 32:2,5 32:11 33:19 38:21 39:3 54:13,17 56:4 58:5 60:5 67:2,9,20 69:3 78:9 88:8,13 89:1 89:7
**produced** 13:2,11 15:16,21 16:2 52:24 53:6,8 55:22 58:23 59:1 59:9,12,16,22 60:8 88:23
**producing** 60:10
**products** 57:21 61:4
**program** 42:4 60:2 82:21,24
**pronounce** 29:23
**proper** 59:5
**properly** 59:10
**prospective** 38:17
**provide** 14:12,14 15:3,19 56:3 88:13,23
**provided** 19:1
**providing** 34:21 69:14
**provisions** 1:10
**Public** 90:4,10,18
**pull** 88:24 89:1,2
**punch** 40:1,13
**punching** 40:8
**purchase** 12:15,17 12:18 61:4 66:3 67:22 68:14 79:6

79:15 85:14
**purchased** 75:9
**purchasing** 12:12
**purpose** 1:12
**pursuant** 1:10 4:18
**put** 13:10,14,16 14:9 19:5 21:23 40:14,17,18 41:6 41:7,23 79:21 81:3,3,6,10,15 82:1 85:19
**putting** 12:20 81:20
**P-A-R-K** 67:12
**P.C** 2:2
**p.m** 16:8,8,21 17:2 17:4 75:24 76:16 89:17

**Q**

**qualified** 83:5
**qualify** 82:10
**question** 5:5,8,13 5:14,21 7:16,18 13:19,19,21,24 14:2,3,5,6 15:2 20:1 27:10,11 31:2,3 33:3,4 35:6 35:6,7,8,11,13 39:8,9 40:2 44:15 44:16,17,24 45:1 45:8,22 47:20,23 53:4,5,9,20 55:11 63:15,18,19 64:19 74:10 79:19,24 80:1,13,14 81:13 82:6,7 83:20 84:1 88:12,12
**questioning** 86:14
**questions** 4:4 5:18 6:1,2 12:5 29:2 39:14 74:23,24 90:9,12
**quick** 23:13 25:4
**quit** 70:23,24 71:2 71:3

**R**

**R** 2:1
**radishes** 67:6
**raise** 49:2,7,9 77:16 77:20,24 78:1,2,3 78:5,17
**raised** 49:2,5,6
**rate** 37:18 78:18
**read** 14:5,6 27:10 27:11 28:19 31:3 33:1,4 35:11,13 39:8,9 44:17 45:1 47:23 63:18,19 74:7 77:22 79:24 80:1,14 82:7,9 86:9,10
**reading** 51:7
**ready** 66:3
**real** 23:13
**really** 23:22 41:13 67:7 71:3 87:18
**reason** 53:15
**recall** 9:1,2 10:7 19:9,13,16 31:18 33:23 37:2 39:17 39:20,21 48:11 62:6 65:11,13,16 67:11 71:1 88:18
**receive** 13:16,24 19:3 43:8 46:24 55:5 56:9 61:14 62:11 63:10 64:5 64:20 69:1 76:23 81:10 85:5,12,13 87:3
**received** 13:5,12 14:8 37:19 39:4 43:9 44:5,7 45:12 47:18 48:4 50:24 54:14,21 55:23 56:1 57:20 58:8 60:21 62:23 63:3 63:6,8 75:15,18 76:2,20 77:2 79:3 79:10,18 81:4,8 81:11,21 83:19,21 84:5 85:17 86:19 86:24 88:2,9,14
**receiving** 84:10 86:15 87:2,6,13
**recess** 23:16 28:14 63:17 68:7
**recognize** 28:18 49:18 51:3 57:17 58:3 61:11 62:22 65:7,9,23 66:23 67:19 68:24
**recognized** 43:14 43:24
**recognizes** 40:18
**recollection** 37:4 86:15,21 87:1,6
**record** 4:17 23:17 25:1,3,4,5 62:1,3 62:4 68:8 80:16 84:7,12,23 87:3 90:12
**recorded** 42:16 43:7 80:11 84:14 84:15 85:6
**records** 42:2
**redacting** 58:24
**redirect** 42:19 46:11
**reference** 50:15
**referenced** 55:21
**referred** 90:14
**referring** 30:20 57:6
**reflect** 55:20
**refresh** 37:3
**regarding** 6:1
**regular** 51:8,20 54:11 70:14
**reimbursed** 54:2,5 56:8
**reimbursement** 54:10,14 55:21 56:7
**reiterate** 37:12
**related** 84:1
**relationship** 56:21
**relayed** 28:1
**remarkable** 41:14
**remember** 34:2 37:9 39:16 52:13 60:15 61:18 66:11 67:10 86:17
**remind** 36:4
**reminder** 7:15
**removed** 43:13
**repeat** 13:20 31:2 33:3 35:6 38:23 42:20 44:16,24 47:20 53:4 54:23 55:11 77:21 80:13 83:24 86:23
**replace** 26:2
**replenish** 21:20
**Reported** 1:19 2:12
**reporter** 1:14 7:19 54:23
**REPORTER'S** 90:1
**reporting** 73:9
**representation** 52:12
**reproduced** 59:10
**request** 13:5 56:7 67:2
**requested** 28:11 49:13 57:12 61:8 62:18 65:3,19 66:19 67:15 68:4 68:20 69:12
**requests** 77:15,18
**required** 79:4
**requires** 14:3 21:18
**reserve** 89:15
**respond** 79:4,7,13 79:16
**response** 59:6 82:8
**responsibilities** 22:10
**responsible** 32:13 40:3,8,11
**responsive** 34:18 35:4
**rest** 9:17,22 13:9 38:13
**review** 29:5 42:1 52:11
**reviewing** 53:12
**revised** 69:2
**rid** 58:19,20
**right** 6:9 9:6 12:5 26:4 27:5,5,24 30:1 31:1 34:11 36:6 38:1 39:20 40:13,17 48:16 50:2,10 51:3 52:6 53:24 66:10,12,14 66:21 67:13,17 68:22 69:16 70:23 72:13 73:14 74:23 81:9,10,21 87:4,9 87:11 88:21
**role** 24:1
**roommate** 6:24
**roster** 37:6 82:15 82:17
**roughly** 50:14 52:15,15
**rules** 1:11 4:23
**run** 23:13
**RYAN** 2:2
**ryan@ryankimla...** 2:4

**S**

**S** 2:1 3:7
**sake** 70:16
**salaried** 17:5
**sale** 62:11
**satisfaction** 25:20
**satisfied** 33:14 36:18
**Saturday** 47:2,5
**saying** 7:21 10:15 20:23 29:14 32:22 34:22 35:2,2 43:6 44:8 45:11 53:19 53:21 67:3

**says** 13:23 19:10,13 19:16,22 20:4 34:20 50:2,8,21 51:6,7 57:20 66:12 67:3,4 69:2 76:15 79:10
**Schaumburg** 1:6 4:20 6:11 7:3,5,9 7:11 9:7,20 11:4 11:17 13:8,8 14:13 17:13,14,22 18:14,17,20,23 19:2 20:4,8,11,14 21:8 22:2,6 24:13 24:23 25:12 28:2 28:3,6 29:18 32:14 34:12 37:20 40:24 41:17 42:7 48:21 49:1,22 51:12,15 53:7,8 64:21,24 68:13,15 69:24 71:14 73:1 73:21 74:20 75:7 78:8 83:16,18,20
**school** 8:9 18:12
**screenshot** 59:13
**seal** 90:17
**second** 25:1 63:16 67:4,22 69:18,19
**section** 12:13 78:9
**see** 31:13 34:20 50:4 59:21 71:19 75:21 86:17 87:12 87:16
**seen** 42:4 49:16
**sees** 25:24
**send** 13:7,13 14:17 14:21 47:10,19 56:20 57:9 59:3 60:6,18 61:13 62:12,24 63:9 64:11 65:15 67:3 70:12 76:6,8,9 77:3 80:19 87:21 88:19
**sending** 61:13,15 70:10 85:9
**sends** 77:1
**sense** 35:20 59:15 80:22
**sent** 13:5,9,15 19:23 56:14 58:6 58:6 60:23 62:8 63:10 64:13,16,19 64:23 67:9 69:4 69:23 70:11 77:5 80:6 85:24 87:23 87:24 88:16,19 89:6,8,9
**sentence** 10:18
**sentences** 23:21
**sentiment** 77:14
**Seo** 68:1
**separate** 54:6,11,12
**September** 50:6
**SERVICES** 1:20 90:21
**set** 21:23 23:11 26:8 27:2,5
**SEVEN** 90:22
**shake** 4:24
**Shaumburg** 23:1
**sheets** 13:14
**she'll** 89:7
**short** 23:16 24:7 68:7
**shorthand** 1:14 90:9
**shots** 59:5
**show** 52:18 54:13 61:3 64:6
**showing** 28:16 49:15 57:14 61:10 62:20 65:5,21 66:21 67:17 68:10 68:22
**shows** 19:10
**sic** 23:5 31:7 61:23
**signature** 19:12 47:22 89:14,15 90:17
**simultaneous** 82:18 83:3
**single** 59:5
**Six** 17:11 51:16
**slow** 36:22
**small** 40:24
**somebody** 32:8 36:6 38:16
**somebody's** 36:21
**son** 6:12,13,21 8:1 63:3 87:15
**Soo** 68:1
**sorry** 6:16 31:9 35:10 54:9 63:15 69:19 77:17 78:3
**sort** 21:19 22:12 23:24
**sound** 50:10 59:2
**speak** 62:9
**speaking** 50:14
**special** 51:4
**specific** 36:16 37:10,13 41:9 52:19
**specifically** 52:5
**specify** 81:7,20
**speculation** 86:2
**spell** 4:13 8:19 23:3 71:8
**spelled** 17:17 25:5
**spelling** 25:7 26:22
**spells** 25:7
**spent** 78:7 85:22
**spoiled** 21:19 26:2 60:20
**spoken** 70:2 71:22
**stands** 12:1,3
**start** 9:4 16:17 20:15 30:10,16,18 32:18 39:6 75:20
**started** 4:22 6:1 9:6 10:1 11:2,7 16:19 17:20 20:4 37:20 42:12 43:24 48:21 57:3 73:18
**state** 1:11,14 4:13 82:18 83:4
**stated** 71:24
**statement** 29:15 49:21 50:20 51:19 52:4 54:8,9,19 90:2
**statements** 52:23 52:24 53:7,8 54:13 55:10,13,20
**states** 1:1 29:8
**stating** 84:22
**stay** 17:4 27:8
**stayed** 45:16
**stenographer** 90:10
**step** 12:4 57:24 63:16
**steps** 84:9
**stipulate** 28:22
**stopped** 71:4
**store** 7:5 9:18 10:9 16:21 18:3 19:6,7 23:11 27:9 28:6 31:18 32:17 33:21 36:17 38:5 41:1,2 41:20,22 42:4 45:21 46:8 47:11 47:12,14,16 57:23 58:5 60:15 61:16 63:21 64:9 67:20 71:19 73:1 75:7 75:13 76:4,18,24 78:21 79:6 83:19 84:14 85:8 89:5,8 89:12
**stores** 13:9,12 14:9 14:20 57:9 80:11 84:13
**straight** 34:7
**Street** 2:3,8 90:4,22
**Strike** 26:15 37:11 47:15
**stuff** 35:3 74:14
**submit** 15:7 56:7,9 56:11
**submitted** 13:4 15:5,10 56:12
**suggest** 29:23
**suggestion** 30:19
**suit** 48:5
**Suite** 1:15 2:3,8 90:4
**super** 29:21 38:3 70:20 72:20
**supervise** 22:5
**supervising** 22:9
**supervisor** 24:23 25:11,14 26:19 28:7 29:17 31:7 33:6
**suppose** 76:10
**supposed** 33:2 39:22 60:24 62:10 70:7
**Supreme** 1:11
**sure** 5:5,7,12 7:16 10:17 13:16 21:22 28:23 31:12,19 33:19 34:6 42:2 42:15,24 43:16 50:21 52:12 58:14 60:11 61:20 68:6 71:6 74:12 80:10 80:11 85:5
**sworn** 4:1,3,6,9 90:7
**system** 40:16 44:19 70:9
**S-E-O** 68:1
**S-O-O** 68:1

**T**

**T** 3:7
**tag** 21:23
**TAGLIA** 2:7
**take** 5:20,22 12:4 23:8,14 25:16 26:8,9,21 28:12 32:10 33:22 35:10 43:13 45:6 48:17 57:15 60:1 68:5 75:5 83:2,3 86:6 87:9 88:1,3,6
**taken** 1:9,13 4:18

53:16,22 90:3,9
**takes** 88:11
**talk** 82:12
**talking** 12:7 17:12 17:13 38:8 52:5 52:13 54:7 72:17
**talks** 5:4
**team** 17:24 19:4,5 19:10,17,23 20:15 32:4,6 38:4,5
**telephone** 65:9
**tell** 22:19 26:15 27:3,13,23 30:17 33:8,10 37:7 38:17 44:4 45:4 46:21 47:6,14,16 48:13
**telling** 22:11 23:23 80:7
**ten** 42:10 43:16,17 43:18,19 44:12,21 44:22 51:10 88:6
**terminate** 31:6
**terminated** 36:19
**test** 79:8 83:3
**testified** 4:9 7:24 24:16 35:9 52:14 57:1 72:14 86:19
**testify** 46:11,12
**testifying** 46:15
**testimony** 35:17,18
**text** 57:24 58:6,9,12 58:16,23 59:9,13 59:17 60:4,18 61:13,16 62:7,13 62:24 63:1,2 64:1 64:4,9,11,14 65:12,15 67:8,20 68:13 69:2,6 70:11 75:7,14 76:2,6,9 77:1 79:4 79:10,18 81:10,12 81:22 83:21 84:5 84:10 85:5,9,17 85:24 86:5,15,20 86:24 87:2,7,13 87:21,23 88:8,14 89:1,2
**thank** 24:9 30:1 56:6
**Thanks** 16:3
**thing** 10:12,20 85:11
**things** 20:18,21 24:7 25:19 45:6 52:11 77:18 84:22
**think** 12:3 13:22 18:24 23:4 25:24 30:15,16 33:11 34:23 39:13,13 42:17 49:3,8 53:17 54:18 65:8 74:12 83:20 89:11
**thought** 27:16
**three** 45:15 46:14
**Thursday** 47:2,5 76:10
**time** 9:18 16:17 20:10,12 22:20,20 25:11 26:8,9,12 26:17,24,24 27:9 27:13 30:10 32:7 33:12 37:11 38:14 39:22 40:1,3,13 41:4,6,23 42:1,11 42:12,14,15,23,24 44:24 45:11,19,21 45:23 46:3 47:12 47:16,18 48:13,24 49:3,8 50:8,15,17 50:17,24 51:4,4 52:9,14,16,21 53:13,17,22,23 55:10 63:7 75:18 76:4,13,18 78:7 85:21 87:8,17 89:17 90:14
**timecard** 40:9,12 52:11
**times** 14:22 23:10 34:14 41:19 42:9 42:10 43:1,11,20 43:21,22 46:14 47:2,3,4,11,14 48:2 52:18 59:8 77:6,11
**title** 9:9 19:20 29:19 75:11
**titles** 9:12 18:19
**today** 14:14 15:8,13
**told** 26:17,23 27:20 29:18 30:16,17 35:19 39:6 40:5,5 44:11 48:3 72:9 73:6,11,24
**tomorrow** 33:15
**top** 50:2 65:10 75:10,12
**total** 51:21
**towing** 18:8
**track** 14:18 39:22 40:3
**tracking** 41:4
**train** 73:20
**trained** 41:4
**training** 73:22
**transfer** 64:5
**translate** 10:14,16 10:17 13:23 20:23 34:19 69:15
**translated** 5:6,7 30:24
**translating** 34:16 34:23 35:1
**translator** 5:1,14 7:19
**travel** 54:2 55:20 56:8
**Troy** 13:7 14:20 63:4,5,6 64:9 67:20 69:1
**truck** 66:4,4
**true** 90:11
**Trung** 12:17,17
**trust** 41:15
**truthfully** 39:15
**try** 55:19 56:2
**trying** 32:22 34:3,6 34:20,21,24 35:3 35:21 39:14 53:10 67:7 71:8
**Tuesday** 47:2,5
**Tufano** 1:13,23 2:12 90:3,20
**turnip** 67:5
**twice** 9:17
**two** 20:21 36:12 51:11 63:23 67:4 72:6 88:2,11
**two-minute** 28:12
**two-week** 52:3
**type** 77:15
**types** 21:15
**Typically** 20:22

**U**

**underneath** 66:13
**undersigned** 90:10 90:15
**understand** 5:3,9 5:10,16,19,23 11:10 23:19 29:10 30:23 35:18,21 49:24
**understanding** 20:24 24:9 70:21
**unhappy** 35:23
**Unit** 7:7
**UNITED** 1:1
**unpaid** 74:20
**update** 87:12,16 88:1,3
**updated** 86:20
**updating** 87:1,6
**upload** 60:2,4
**upper** 62:8
**use** 7:11 19:18 26:12 41:4 46:18 47:11
**uses** 63:13
**usually** 16:20 42:13 42:13,14

**V**

**vegetable** 12:18 22:2
**vegetables** 21:19 22:11
**verify** 55:24 74:10
**versus** 4:19
**visit** 33:21
**voice** 62:6,14
**vs** 1:5

**W**

**wage** 36:23 37:24 38:6,8,9,10,11,14 74:20
**wages** 38:18 39:7
**wait** 20:22 31:8 84:20
**wall** 19:4,6,7 21:2,3 40:21
**want** 13:22 20:18 23:14 24:6 29:1 30:23 34:17,19 37:6 46:10,11 50:1 59:12,16,22 60:7 75:3 83:9 84:3 89:12,13
**wants** 61:13
**warehouse** 56:17 56:18,24 57:9 61:12,18 69:22 71:6,7
**wasn't** 21:4 32:1,13 33:14 41:13 44:15 81:18 82:1 85:8 88:12
**way** 51:7
**Wednesday** 45:14
**week** 9:17 17:10 26:24 27:6,18,20 44:13,14 45:15 51:14,17 52:1,4 52:15,16,20 53:3 53:14 72:10,12,15 73:7,9,13,22
**weekly** 36:23
**went** 10:22,23

31:17 36:7,11 45:3,15,18,23 46:6 47:17 50:22 80:9 85:15
**weren't** 40:2 52:20 53:2,23 82:4
**West** 1:14 2:8 90:4
**wet** 74:2
**We'll** 7:22 89:15
**we're** 11:12 12:4 43:20 52:13 72:17 75:5,11
**we've** 34:6 69:7
**wife** 6:12,21 87:15
**Wikihow** 60:6
**witness** 3:2 4:6,8 10:5,21 11:15 14:7 21:4 27:12 30:9 31:1 33:5 34:1,4,14 39:2,10 42:22 44:18 45:2 46:17 47:21 48:1 48:10 57:16 63:20 72:24 78:4 80:2 80:15 82:3 90:3,7 90:13,17
**witnesses** 69:9
**woman** 25:9
**wonky** 79:9
**word** 24:5,6 71:10
**words** 23:21
**work** 8:17 9:18,23 12:7,13 16:6,8,23 16:24 17:2,10,14 17:19,21 18:1,5 18:16 20:5 22:20 22:20,21 24:17 26:17,24 27:4,8 27:14,18,20,21,23 28:2,7 30:4,11 33:15,17,18 34:9 34:12 35:20,23 36:7,10,11,19 37:14,17 39:23 40:6 41:20 42:12 42:24 43:14,15,19 44:13,21,22 45:4 45:5,7,19,23 51:4 51:10,14 52:14 53:15,18,21 71:14 71:15 72:1,6,8,10 72:11,15 73:4,6 79:22 80:9,18 83:3 84:20,21 85:15,16,22 87:18 88:9,14
**worked** 7:10 9:12 10:8 17:21 18:19 20:10 22:24 25:12 32:14 42:7 43:9 44:14 51:2,11,17 51:20,20 52:20 53:7,9,14 73:9,13 73:23
**working** 6:11 7:3,4 7:8 9:4,20 10:1 11:4 16:22 17:20 18:8,13 20:4,15 30:16,18 36:21 38:20,21 43:21 48:21 49:22 58:10 63:4 65:14 66:7 71:4 73:18,19 76:4,18,21,24 78:9 80:6
**works** 41:1 69:24 70:21
**worthy** 36:23
**wouldn't** 45:7 47:6
**write** 84:16,18,19
**writing** 44:7
**written** 19:1,23 21:7 44:3 52:9
**wrong** 35:24
**www.magnals.com** 1:22

**X**

**X** 3:1,7

**Y**

**yeah** 11:23 12:13 24:8 39:21
**year** 6:13 47:3 49:9
**years** 8:11 51:11
**Yong** 26:20,22 70:18 72:11,19,21
**York** 8:9
**Young** 19:12 73:15
**Y-O-N-G** 26:22

**$**

**$1,414.65** 50:9
**$1,770.50** 50:9
**$12** 48:23,24
**$16** 17:9

**0**

**0.485** 54:3,5
**084-003819** 2:12 90:21

**1**

**1** 3:10 28:9,10,17
**10** 3:19 9:5 68:2,3 68:11 75:4 79:3 83:14 88:5
**10th** 18:10
**10:00** 1:15 90:6
**10:30** 10:9
**11** 3:20 68:18,19,23
**12** 3:21 69:10,11 72:21
**12:17** 48:16
**125.05** 51:21 52:2
**13.50** 49:3,8
**13.75** 49:4
**14** 15:24 17:20 59:19 79:11 86:16 88:24
**14th** 87:2
**15** 51:5 88:5
**1500** 1:15 2:8 90:5
**1635** 90:22
**18** 4:21
**18-CV-3593** 1:5
**19103** 90:23
**1960** 6:16
**1988** 8:5
**1990** 6:16 8:2

**2**

**2** 3:11 49:11,12,16 72:21
**2nd** 75:21
**2(d)** 73:15
**2:30** 16:9,19 46:1,2
**2:56** 89:17
**20** 18:14 67:6
**20:47** 76:16
**2012** 17:20 18:10
**2015** 8:13 10:6 11:16 17:21 18:14 44:22 50:4,6,21 52:13 75:21 76:15 86:16
**2016** 34:4,6 49:7
**2017** 9:5 10:7,22 11:16,18 18:24 33:24 43:15 44:23
**2019** 1:15 90:6,19
**21:17** 75:23
**22** 1:15
**22nd** 90:6
**2454** 2:3
**28** 3:10
**298-7100** 2:4

**3**

**3** 3:12 57:10,11,15 74:3,7
**3:00** 16:20 48:4
**3:30** 74:1
**30** 44:2 50:4
**30th** 76:15
**301** 2:3
**307-7437** 2:15
**312** 2:9,15
**3593** 4:21
**36** 29:8

**4**

**4** 3:4,13 29:8 50:6 61:6,7,11
**45** 51:20
**45.05** 51:8
**48** 54:2,4
**49** 3:11

**5**

**5** 3:14 62:16,17,21
**5:00** 16:21,24 17:2
**57** 3:12

**6**

**6** 3:15 65:1,2,6
**6:30** 16:8,8 17:1,4 27:8 45:16
**6:54** 79:11 86:16 87:2
**60** 26:24 27:5,5,18 27:20,21,23 32:24 44:13,14 51:17 52:1,3,15,15,20 53:3,13,22 72:10 72:11,15 73:6
**60016** 2:3
**604** 6:6 7:8
**60602** 2:8
**60714** 6:7
**61** 3:13
**62** 3:14
**624-6221** 1:21 90:23
**630** 58:3
**65** 3:15,16
**66** 3:17
**67** 3:18
**670** 9:2
**68** 3:19,20
**69** 3:21
**696-2636** 2:9

**7**

**7** 3:16 65:17,18,22
**7:00** 16:8,8 79:13 87:21,23
**70** 1:14 2:8 90:4
**7120** 6:6 7:7
**75** 3:5 49:2,7,8

**79** 3:4

**8**

**8** 3:17 66:17,18,22
**8th** 90:19,22
**8:47** 76:16
**80** 51:8,20
**83** 3:5
**847** 2:4
**86** 3:4
**866** 1:21 90:23

**9**

**9** 3:18 67:13,14,18
**9:17** 75:24
**974-7024** 58:3